EXHIBIT 5

**East Carolina University**
Communication from Office of Student Rights & Responsibilities (OSRR) and/or Campus Living's Conduct (CLC)
252-328-6824 OSRR Main Telephone • osrr@ecu.edu • 364 Wright Building, Main Campus
252-328-4663 CLC Main Telephone • clco@ecu.edu • 100 Jones Residence Hall

November 24, 2015

John Doe
Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: _____

Dear John Doe

This letter serves as an official directive from the Office of Student Rights and Responsibilities ("OSRR" or "this Office") and East Carolina University {"ECU") that you have no contact with Jane Roe and/or M.K.

Should you contact Jane Roe and M.K. in person, by telephone, email, text message or other electronic means of communication, or through a third party (other than an attorney) our office will take immediate action. Should you need to contact Jane Roe and M.K., you are to do so via this office.

Jane Roe and M.K. have been notified of this directive. Please take notice that this directive remains in effect until you receive further communication from this Office notifying you of its end date.

Failure to comply with this directive may constitute retaliation, and may result in disciplinary action, including possible suspension or expulsion from East Carolina University.

If you have questions about this request, please contact our office immediately at 252-328-6824 or reply to this email.

Thank you for your cooperation in this matter.

Regards,

*Kristan Tucker*
Kristan Tucker
Title IX investigator

Enclosure

CC: wordlowt@ecu.edu
    harrellea@ecu.edu
    messerlim@ecu.edu

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.

Case 4:18-cv-00137-BO   Document 44-6   Filed 10/23/18   Page 1 of 1