December 9, 2015

John Doe

Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Dear John Doe,

Thank you for meeting with me on December 2, 2015 at 9:00am regarding case

Per our conversation, the Office of Student Rights and Responsibilities (OSRR) received a report involving possible conduct related to Title IX on November 21, 2015. Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681) is an all-encompassing federal law that prohibits discrimination based on the gender of any person participating in any educational program or service, which receives federal financial assistance. "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance..." 20 U.S.C. § 1681

Per our conversation, an investigation will occur. Following the investigation a report detailing my findings will be provided to the Office of Student Rights and Responsibilities Director or designee to determine whether formal charges will be pursued through the student disciplinary process.

You are able to submit additional information pertaining to your case. You can submit copies of information to tuckerkr14@ecu.edu. This information will be stored within your case file as supplemental materials.

As a reminder, the university does not tolerate retaliation against individuals. Retaliation is any act by a University employee or student of reprisal, interference, restraint, penalty, discrimination, coercion, or harassment against an employee or student for using the applicable policies responsibly. Students who retaliate against another person will be held accountable under the Code. It is the responsibility of the target of the retaliation to immediately report the behavior to OSRR.

ECU seeks to comply fully with the Americans with Disabilities Act (ADA). Students requesting accommodations based on a disability must be registered with the Department for Disability Support. Should you require an accommodation under the Americans with Disabilities Act (ADA) please contact Kristan Tucker at least 48 hours prior to the scheduled meeting at tuckerkr14@ecu.edu or at 252-328-6824.

I have attached a copy of the documents that we reviewed and that you signed, as well as copies of the three polices that were discussed, a Title IX brochure, and a resource referral guide, which gives contact information for many resources on and off campus.

As per the verbal request on December 2, 2015 during our meeting made by your attorney to review your file, we would like to schedule a time for you to do so. As per FERPA guidelines, this production must occur within 45 days of the request. Due to current scheduling and the approaching university winter break schedule, OSRR would be able to schedule the meeting for the week of January 4-8, 2016. Please let me know via email your availability as soon as possible so that we may hold that time on our calendar as well.

You may reach me by calling the Office of Student Rights and Responsibilities at 252-328-6824 or by e-mail at tuckerkr14@ecu.edu if you have any questions or concerns moving forward.

Sincerely,

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.

Kristan Tucker
Title IX investigator

Enclosure

CC:   Tamika Wordlow, Director Office of Student Rights and Responsibilities
       Mandy Messerli, Associate Director Office of Student Rights and Responsibilities
       Michael Rager, Interim Associate Director Office of Student Rights and Responsibilities
       Kristan Tucker, Title IX Investigator Office of Student Rights and Responsibilities
       Malorie Porter, Title IX Compliance Officer & Deputy Title IX Coordinator

# TITLE IX
## AND VAWA

Addressing Sexual Misconduct,
Dating Violence, Domestic
Violence and Stalking



East Carolina
UNIVERSITY

e 4:18-cv-00137-BO     Document 44-7     Filed 10/23/18     Page 3 o

# Title IX and VAWA at ECU

East Carolina University is committed to an academic environment free from discrimination, harassment, and violence, in all forms, for all members of the university community.

Sex discrimination is a broad term that includes sexual harassment, sexual misconduct, and sexual violence. Title IX of the Education Amendments of 1972 prohibits this conduct from negatively impacting an individual's academic or employment environment. Sexual misconduct includes sexual harassment and any sexual violence, such as rape, sexual assault, sexual coercion, sexual abuse and sexual battery.

The Violence Against Women Act (VAWA) of the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act) prohibits sexual assault, domestic violence, dating violence, and stalking.

The well-being of all students and employees is the root of why Title IX and VAWA are a high priority at ECU. We strive to provide important information to the campus community through the education, prevention, and awareness initiatives in place on campus. Incidents of sex discrimination, dating violence, domestic violence, and stalking negatively impact the University's academic environment. ECU is committed to preserving this environment to ensure equitable access to education for all.

If a student or employee needs or wants to report a concern, there are many individuals at ECU who can guide you to the proper resources or to the office that will begin an investigation of the incident(s). These individuals are listed on the back cover.

### Your Protection and the University's Responsibility

Title IX protects against discrimination including but not limited to :
  - University STEM (science, technology, engineering and mathematics) related programs
  - Pregnant and parenting students and employees
  - Athletic programs at the University
  - Sex Discrimination
    Which includes:
    - Sexual Misconduct
      - Sexual Harassment
      - Sexual Violence

VAWA protects against :
  - Dating Violence
  - Domestic Violence
  - Stalking
  - Sexual Assault
    - Rape
    - Fondling
    - Incest
    - Statutory rape

- The University's Responsibilities Regarding Title IX and VAWA include:
  - Conducting prompt and neutral investigations
  - Properly training all employees and students
  - Facilitating ongoing awareness and education programs
  - Prevention programming
  - Providing remedies, resources and needed accommodations for complainants and respondents

*Title IX protects the students, staff, faculty and visitors of East Carolina University*

# Prohibited Discrimination

East Carolina University is committed to equality of opportunity and prohibits discrimination based on the following protected classes: race/ethnicity, color, genetic information, national origin, religion, sex (including pregnancy, and pregnancy related conditions), sexual orientation, gender identity, age, disability, political affiliation, or veteran status.

ECU values the equal opportunity to participate and benefit from educational programs and activities. ECU does not discriminate on the basis of sex.

Sex discrimination includes actions that subject individuals to unfavorable or unequal treatment based on sex. Sex discrimination affects the integrity of the academic environment and individuals are entitled to investigations, remedies, and resources.

Sex discrimination includes all forms of the following:

- Sexual Misconduct
    – Sexual Harassment
    – Sexual Violence

**Discrimination can be experienced as either disparate impact or disparate treatment.**

## Disparate Impact

Disparate impact can also be referred to as adverse impact. This occurs when a practice or policy appears to be nondiscriminatory, however there is a significant disadvantage based on a protected class.

An example of disparate impact could be a job posting that includes extreme lifting as a requirement, which would limit the number of qualified female applicants.

## Disparate Treatment

Disparate treatment can also be referred to as intentional discrimination. This occurs when individuals are treated less favorably based on a protected class.

An example of disparate treatment could be refusal of participation in a club sport because of one's sex.

## Retaliation

Retaliation is any act of interference, restraint, penalty, discrimination, coercion, reprisal, intimidation, threats, or harassment against an individual for using the applicable policies responsibly (including making a charge of discrimination protected by university regulations, testifying, assisting, or participating in a hearing, proceeding, review process or investigation of discrimination, opposing an illegal act or exercising any other right protected by ECU policies). Retaliation at ECU is prohibited because it interferes with free expression, openness, and violates University policy.

ECU takes reports of retaliation seriously and will investigate and remedy incidents.

# Bystander Intervention

## Bystander Intervention

Bystander intervention is the philosophy and strategy for prevention of various types of violence, including, but not limited to: bullying, sexual harassment, sexual assault, and intimate partner violence. ECU reminds all individuals to make their safety a priority before intervening in any situation.

East Carolina University has developed a program called **"Stand. Speak. Act."** to help empower students on campus to become active bystanders and protect their fellow Pirates.

- **Stand:** Stand up for what is right. Take a stand against bullying. Stand up to perpetrators. Stand up for your fellow Pirates.
- **Speak:** Speak out against violence. Speak up on behalf of fellow Pirates. Be honest and direct when you speak in a situation.
- **Act:** Call the police or 9-1-1. Avoid using violence whenever possible. Recruit help if necessary.



**How to Safely Be an Active Bystander:**

- Approach everyone as a friend
- Do not be antagonistic
- Avoid using violence when possible
- Be honest and direct
- Recruit help if necessary
- If things are getting out of hand, call the Police
  - ECU Police
    - Emergency: 911
    - Non-Emergency: (252) 328-6787

# Sexual Harassment

Sexual harassment is a form of sex discrimination. Sexual harassment is unwelcome conduct of a sexual nature, including unwelcome sexual advances; requests for sexual favors; and other verbal, nonverbal, or physical conduct of a sexual nature. There are two types of sexual harassment, quid pro quo harassment and hostile environment harassment. Sexual violence is a form of sexual misconduct.

## The Two Forms of Harassment:

### Quid Pro Quo Harassment

Quid pro quo occurs when an individual causes another individual(s) to believe that they must submit to unwelcome conduct in order to affect an employment decision, educational decision, or participation in a University program or activity.

An example of quid pro quo harassment would be an instructor offering a good grade on an assignment or extra credit in exchange for a date.

### Hostile Environment Harassment

Hostile environment is created by unwelcome conduct that is sufficiently severe, pervasive, or persistent such that it affects an individual's ability to participate in or benefit from the learning environment or workplace or creates an intimidating, threatening or abusive educational or work environment.

Examples of hostile environment could be repeatedly receiving unwanted sexual text messages or repeated unwelcome sexual jokes.

### Reporting Discrimination

If you feel that you have experienced or witnessed a form of sex discrimination, ECU encourages you to report what you know. Use any of the listed options to let someone know about the incident. You can complete an anonymous complaint form on the Office of Student Rights and Responsibilities' website.

**Dean of Students Office**
Wright Building, Room 362
*Private Resource*
(252) 328-9297
www.ecu.edu/dos

**Office of Student Rights and Responsibilities**
Wright Building, Room 364
*Private Resource*
(252) 328-6824
www.ecu.edu/osrr

**Office for Equity and Diversity**
Old Cafeteria Building, Suite G-406
*Private Resource*
(252) 328-6804
www.ecu.edu/oed

*There is more information about *Private* and *Confidential* Resources on the back cover.

# Sexual Violence

Sexual violence is a severe form of sexual harassment. Sexual violence refers to any physical sexual act that is completed or attempted against an individual's will or when a victim is unable to consent. An individual cannot provide consent if they are incapacitated due to the use of alcohol and/or drugs. Please read more about consent on page 9.

Sexual violence may involve actual or threatened physical force, use of weapons, coercion, intimidation or pressure and includes the following actions:

- Rape
- Sexual assault
- Sexual battery
- Sexual coercion

### Risk Reduction Tips

Risk reduction tips can often take a victim-blaming tone, even unintentionally. Only those who commit sexual violence are responsible for those actions. We offer the tips below with recognition that these suggestions may help you to reduce your risk of experiencing a non-consensual sexual act, as well as, suggestions to avoid committing a non-consensual act.

- Try to remove yourself from the physical presence of a sexual aggressor.
- Find someone nearby and ask for help.
- Give thought before sharing your intimate content, pictures, images and videos with others, even those you may trust. If you do choose to share, clarify your expectations as to how or if those images may be used, shared or disseminated.

If you find yourself in the position of being the **initiator of sexual behavior, you owe sexual respect to your potential partner.** These suggestions may help you to reduce your risk for being accused of sexual misconduct.

- Clearly communicate your intentions to your sexual partner and give them a chance to clearly relate their intentions to you.
- DON'T MAKE ASSUMPTIONS about consent, about someone's sexual availability, about how far you can go, or about whether they are physically and/or mentally able to consent. Your partner's consent should be affirmative and continuous. If there are any questions or ambiguity then you DO NOT have consent.
- Don't take advantage of someone's drunkenness or altered state, even if they willingly consumed alcohol or substances.

e 4:18-cv-00137-BO     Document 44-7     Filed 10/23/18     Page 8 o

# Sexual Assault

Sexual assault is the most serious form of sexual violence. Sexual assault is defined as the penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim. Please see page 9 for more information about consent. Sexual assault is often a criminal act that can be prosecuted under state law, as well as form the basis for discipline under applicable ECU policy or regulations.

### What to Do if You Witness or Experience Sexual Violence

1. Call the Police
   Emergency: 911
   ECU Police Department (252) 328-6787
   Greenville Police Department (252) 329-4315
2. Go to a safe place
3. Tell someone you trust
4. Preserve your evidence (for more information, see below)
5. Seek medical attention (information available on the back cover)
6. Contact an ECU resource to report the incident (more information about reporting on page 4)

### Preservation of Evidence

It is important that you take steps to preserve and collect evidence; doing so preserves the full range of options available to you through the University's disciplinary proceedings or criminal prosecution.

To preserve evidence:
– Do not wash your face or hands
– Do not shower, bathe, or douche
– Do not brush your teeth
– Do not change clothes
– Do not straighten up the area where the assault took place
– Do not dispose of clothes or other items that were present during the assault, or use the restroom
– Seek a medical exam immediately.

If you were unable to preserve the evidence, you can still report the crime as well as seek medical attention and/or counseling treatment.

**Rape, Abuse and Incest National Network 1(800) 656-HOPE**

# Dating and Domestic Violence

## Dating Violence

Dating violence is violence or abuse between individuals who are or have been in a social relationship of a romantic or intimate nature. Dating violence can occur through the use of technology, such as repeated unwanted texting or posting sexual photos on the Internet without a partners consent. The existence of such relationship shall be determined based on the consideration of the following factors:

- Length of the relationship
- Type of relationship
- Frequency of interaction between persons involved in the relationship

## Domestic Violence

Domestic violence includes felony or misdemeanor crimes of violence committed by:

- A current or former spouse of the victim
- A person with whom the victim shares a child
- A person who is cohabiting with or has cohabited with the victim as a spouse
- A person similarly situated to a spouse of the victim under the domestic or family violence laws
- Any other person against an adult or youth victim who is protected from that person's act under the domestic or family violence laws.

## On-campus vs. Off-campus Incidents

Actions deemed as dating or domestic violence involving a university student or employee are prohibited by ECU policy, whether the action occurred on or off campus. The University encourages you to report incidents of dating and/or domestic violence that you have experienced, witnessed, or were communicated to you by another individual. For information about ECU reporting resources, see page 4.

## Off-Campus Resources

**The National Domestic Violence Hotline**
1(800)-799-7233

**LoveisRespect.org**

**Center for Family Violence Prevention**
150 E. Arlington Blvd. Suite D, Greenville, NC.
*Confidential Resource*
(252) 752-3811 24-hour Crisis Line
(252) 758-4400

## The Annual Security Report

By October 1st, East Carolina University publishes its Annual Security Report (ASR). The report is released in accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act). The ASR contains information on campus crime statistics, policy, and safety measures utilized by the University. The most recent ASR can be found on the ECU Police Department's website: www.ecu.edu/police

# Stalking 

Stalking is engaging in a course of conduct directed at a specific person that would cause a reasonable person to:

- Fear for his/her safety or the safety of others
- Suffer substantial emotional distress

### Ways Someone Can Be the Victim of Stalking

- Physical stalking (i.e. showing up in-person at class or work)
- Unwanted communication (i.e. text messages, phone calls, email, social media)
- Surveillance (GPS, computer, phone hacking)
- Vandalism
- Threats
- Assaults

## Office of Student Rights and Responsibilities

Incidents of stalking, as well as dating violence, domestic violence and sexual misconduct will be investigated by the Office of Student Rights and Responsibilities (OSRR) for allegations involving student conduct.

The OSRR staff fosters student growth by promoting students' awareness and understanding of their rights and responsibilities as community members, addressing student conduct and creating developmental learning opportunities, and engaging students in ethical decision-making.

OSRR administers the East Carolina University Student Code of Conduct, which governs students' on- and off-campus conduct. Office staff is also engaged in campus education on various issues, such as academic integrity, citizenship development, and conflict resolution.

You can find more information about OSRR and a copy of the Student Code of Conduct on their website: www.ecu.edu/osrr.

# Consent

Consent is explicit approval and permission to engage in sexual activity demonstrated by clear actions, words, or writings. Consent is informed, freely given and mutually understood by all parties involved. Consent to some form of sexual activity cannot be automatically taken as consent to any other form of sexual activity. Consent can be withdrawn at any time.

### Consent Under the Influence

The use of drugs and alcohol can lead to incapacitation. Consent cannot be given if you are incapacitated. If you see someone who appears to be incapacitated and in a situation that may lead to sexual misconduct, safely intervene. See page 3 for information about being an active bystander.

Signs of incapacitation can include, but are not limited to:

- Slurring of words
- Stumbling/Difficulty walking
- Vomiting
- Clumsiness
- Poor judgment
- Difficulty concentrating
- Non-Responsiveness
- Sleeping

### Importance of Consent

It is important for consent to occur for every sexual act. Consent must be easily understandable and clearly communicated by both parties. Silence and/or consent to previous sexual activity do not equal consent for the current sexual act(s).

*Accepting a drink, flirting, accepting a ride, and/or going back to someone's room does not equal consent.

Consent cannot be given in the following circumstances:
- Force
- Duress
- Coercion
- Threats
- Intimidation
- Incapacitation
- Other instances where individuals are incapable of providing consent such as mental disability, age, etc.

e 4:18-cv-00137-BO     Document 44-7     Filed 10/23/18     Page 12

# Investigations 

Investigations

Sexual misconduct investigations are intended to be fair, unbiased, and prompt. The investigator will gather as much evidence as possible before making a determination about whether there was a policy violation.

Preponderance of the Evidence

Investigations conducted at ECU use the "Preponderance of the Evidence" standard. "Preponderance of the Evidence" standard is coming to a conclusion that it is more likely than not that alleged conduct occurred.

Accommodations and Interim Measures

The University recognizes the importance of preserving the integrity of the academic environment and offers accommodations/interim measures. The measures offered are dependent upon what the situation warrants and can include but are not limited to counseling services, health services, academic schedule changes, housing transitions, and/or safety planning.

The Dean of Students office will work with you in implementing these measures and will take into consideration your preferences when doing so. Questions about accommodations/interim measures should be directed to the Dean of Students Office at (252) 328-9297.

## Title IX Complaints & Criminal Investigations

Complaints of discrimination based on sex will be investigated based on university policy. The university's investigation does not replace a criminal investigation. ECU encourages all victims of crime to report the information to the police for a criminal investigation. Both the criminal and university investigations can be conducted simultaneously.

If the individual chooses to pursue a criminal investigation, personnel in the Office for Equity and Diversity, the Dean of Students office, Campus Living, the Victim Advocate, and the Office for Student Rights and Responsibilities can assist the complainant in reporting the incident to the ECU Police Department, Greenville Police Department or the law enforcement agency with jurisdiction for the incident.

# Resources

Private Resources vs. Confidential Resources

*Private Resource* refers to individuals or resources who share information on a need to know basis or as required by law. The information may be shared only with individuals involved in a case.

*Confidential Resource* refers to individuals who may not share information without your expressed consent; unless there is imminent danger to yourself, others, or as required by law (including ongoing child abuse).

## ECU Resources*

**Victim Advocate**
CCSD - Umstead Hall, Room 137
*Confidential Resource*
(252) 737-1466
www.ecu.edu/victimservices

**Student Health Services**
Student Health Center
*Confidential Resource*
(252) 328-6841
www.ecu.edu/studenthealth

**ECU Police Department**
Blount House - 609 E. 10th Street
*Private Resource*
Emergency: 9-1-1
(252) 328-6787
www.ecu.edu/police

**Center for Counseling and Student Development**
Umstead Hall, Room 137
*Confidential Resource*
(252) 328-6661
www.ecu.edu/counselingcenter

## Local Resources*

**Greenville Police Department**
500 S. Greene St. Greenville, NC.
*Private Resource*
Emergency: 9-1-1
(252) 329-4315 (non-emergencies)

**Vidant Medical Center (Hospital)**
2100 Stantonsburg, Rd. Greenville, NC.
*Confidential Resource*
(252) 847-4100
1 (800) 788-4473 (Emergency Room)

**Real Crisis Intervention Services**
1011 Anderson St. Greenville, NC.
*Confidential Resource*
(252) 758-4357

## Title IX Coordinators

**Title IX Coordinator**
Old Cafeteria Building, Suite G-406
*Private Resource*
Ms. LaKesha Alston Forbes
Associate Provost for Equity and Diversity
Office for Equity and Diversity
(252) 328-6804

**Senior Deputy Title IX Coordinator**
Old Cafeteria Building, Suite G-406
*Private Resource*
Ms. Malorie Porter, JD
Title IX Compliance Officer
Office for Equity and Diversity
(252) 328-6804

*This is not the complete list of resources available. For the complete listing, please refer to the Title IX Website at: www.ecu.edu/titleix.

Policies and Procedures
You can find the University policies and procedures that prohibit all forms of sexual misconduct on the ECU Title IX website at: www.ecu.edu/titleix/policies.

**Client On & Off Campus Resource Referral Checklist**

Check off all that apply to your situation.  If you would like more information on any of the following services, a DOS staff member will assist you.

## On Campus

| | |
|---|---|
| ___Academic Advising Collaborative (252)328-6001 | ___Campus Living (252)328-4663 |
| ___Campus Wellness (252)328-6387 | ___Career Center (252)328-6050 |
| ___Cashier's Office (252)737-6886 | ___Center for Counseling and Student Development (252)328-6661 |
| ___Cultural Resource Assistance http://eastcarolina.orgsync.com/ | ___Dean of Students/Title IX Deputy Coordinator (252)328-9297 |
| ___Disability Support Services (252) 737-1016 | ___ECU Cares (252)737-5555 |
| ___ECU Police Department (252)328-6787 non-emergency or 911 for emergencies | ___ECU GLBT Resource Office (252)737-2514 |
| ___ECUPD RADD training (252)737-2110 | ___ECU Transit (252)328-4724 |
| ___ECU West Campus Police (252)744-5080 | ___ITCS (252)328-9866 |
| ___Financial Aid (252)328-6610 | ___Office for Equity and Diversity (252)328-6804 |
| ___Office of Student Rights and Responsibilities (252)328-6824 | ___Office of Victim Services (252)737-1466 |
| ___Onecard Main campus (252)328-2673 | ___Onecard Health Sciences (252)744-2261 |
| ___Registrar's Office (252)328-6524 | ___SafeRide (252)328-7433 |
| ___Student Health Services (252)328-6841 | ___Student Legal Services (252)737-1067 |
| ___University Attorney (252)328-6940 | ___Veteran's Assistance (252)328-1731 |

Additional services recommended: _____

_____

_____

## Off campus

| | |
|---|---|
| ___AG's Address Confidentiality Program (919)716-6785 | ___Asera Bereavement support services (252) 353-3326 or (800) 685-4525 |
| ___Center for Family Violence Prevention (252)758-4400 | ___Code Enforcement (252)329-4115 |
| ___Displaced Homemaker Program Department (252)695-7360 | ___District Attorney's Office (252)695-7200 |
| ___East Carolina Behavioral Health (252)636-1510 | ___Greenville Police Department (252)329-4333 |
| ___Head Injury support, Eastern Carolina Chapter (252)823-3589 | ___Hearing Impaired TDD (252)328-4827 |
| ___Id Theft Assistance-Federal Trade Commission (877) ID-THEFT | ___NC Department of Corrections (252)830-8596 |
| ___NCDMV (252)830-3456 | ___Pitt County Community Service of Pitt County (252)758-440 |
| ___Pitt County Courthouse (252)695-7100 | ___Pitt County Legal Aid (252)637-9502 |
| ___Pitt County Sheriff's Office (252)902-2800 | ___Real Crisis Intervention Services (252) 758-4357 |
| ___Statewide Automated Victim Assistance & Notification (877) NC-SAVAN or (877)627-2826 | ___Victim's Compensation Assistance (800)826-6200 |
| ___Vidant Hospital (252)847-4100 | |

Additional Services recommended: _____

Student Signature:_____ Date:_____

## Client On & Off Campus Resource Referral Checklist

Check off all that apply to your situation.  If you would like more information on any of the following services, a DOS staff member will assist you.

Additional Services recommended: _____

Student Signature:_____ Date:_____



# Regulation Addressing Sexual Assault, Domestic and Dating Violence and Stalking as required by the Violence Against Women Act Amendments to the Clery Act

**Interim**

**REG06.40.02 Current Version**

**Authority:** Chancellor

**History:** Adopted August 18, 2015.

**Related Policies:** REG11.30.01 , Student Conduct Process
Faculty Manual Part XII, Section IV
Faculty Manual Part IX, Section I
REG06.35.02 , Mediation and Grievance Procedure for SPA Employees
Procedures for Reporting Harassment or Discrimination Based on an ECU Protected Class Against a CSS or EPA Non-Faculty Employee
REG06.35.01 , Review Process and Procedure for EPA Non-Faculty Employees
Clinical Support Services Employee Handbook, Section 20 (for CSS)
REG06.40.01 , Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex

**Additional Resources:** Jeanne Clery Act (20 US Code § 1092(f))
VAW Amendments
ECU PD
Domestic Violence, NC General Statute §50B-1
Stalking, NC General Statute §14-277.3A
Article 7A , Rape and Other Sex Offenses, NC General Statute §14-27.1

through §14-27.10
Article 7A , Specifics, NC General Statute §14-27.2 through §14-27.7
Incest, NC General Statute §14-178
ECU CARES
Title IX Coordinator
Report Disciplinary Complaint Against Student, OSRR
OSHR Policy, Section 7 (SPA)

**Contact Information:** ECU Police Department: 328-6787; Office for Equity and Diversity: 328-6804; Dean of Students Office: 328-9297 Human Resources, Employee Relations: 328-9847.

1.   Introduction In order to prevent and remedy incidents of Sexual Assault, Domestic and Dating Violence, and Stalking, East Carolina University has adopted the following regulation regarding these issues. In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act and subsequent Violence Against Women Amendments (the "Clery Act as Amended by VAWA"), East Carolina University is required to adopt policies that prohibit Sexual Assault, Domestic and Dating Violence, and Stalking and enact procedures that ensure proper handling of reports these incidents from campus community members. 2.   Statement of Policy.   2.1   Members of the ECU community, including faculty, staff, students, volunteers, and visitors, are prohibited from engaging in Sexual Assault, Domestic and Dating Violence and Stalking.   2.2   This Regulation establishes conduct requirements in addition to those stated in the Student Code of Conduct, the ECU Faculty Manual, the SPA and CSS Employee Handbooks, the Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex, and other conduct regulations at ECU as they may be adopted and/or revised.  Students, faculty and staff are required to comply with this Regulation in addition to all other policies that may be adopted by ECU.   2.3   The reporting options regarding complaints about Sexual Assault, Domestic and Dating Violence and Stalking are stated in this Regulation.   2.4   The disciplinary proceedings that will be used by the ECU for addressing Sexual Assault, Domestic and Dating Violence and Stalking, including the anticipated timeline and decision-making process, are summarized below.   2.5   Training and education for all members of the University community related to Sexual Assault, Domestic and Dating Violence, and Stalking shall be made available by the University as outlined in this Regulation.   2.6   The ECU Police Department, on behalf of the University, shall collect statistics for inclusion in the Annual Security and Fire Safety Report as

described in this Regulation. 3.  Jurisdiction: This Regulation applies to all members of the East Carolina University community, including but not limited to faculty, staff, students, and visitors. This Regulation will apply to on-campus and off-campus conduct of which the University is made aware and significantly impacts the educational and employment environments of the University. This Regulation extends to employment with and admission to the University.  3.1  Under this Regulation individuals are deemed to be students subject to the Student Code of Conduct and related policies from the time they accept admission until they graduate from the University. This means that conduct occurring before classes begin, including New Student Orientation, or after classes end, during the academic year, and during periods between terms of enrollment is governed by this Code.  3.2  Employees of the University are considered to be employees for the purpose of this regulation from their first day of work at the University until the date of termination.4.  Definitions for Enforcement and Disciplinary ActionsThe definitions provided in this section are utilized in disciplinary proceedings for both students and employees for the purpose of determining whether this Regulation for Addressing Sexual Assault, Domestic and Dating Violence or Stalking has been violated.  4.1
 Advisor: Any individual who provides the accuser or accused support, guidance, or advice.  This person may or may not be a licensed attorney, who is retained at an individual's own expense.  4.2  Complainant: A Complainant is an individual alleging conduct prohibited under this regulation.   4.3  Consent: Consent is explicit approval and permission to engage in sexual activity demonstrated by clear actions, words, or writings. Consent is informed, freely given and mutually understood by all parties involved. If coercion, intimidation, threats, and/or physical force are used, there is no consent. If the Complainant was mentally or physically incapacitated or impaired so that the Complainant could not understand the fact, nature, or extent of the sexual situation, there is no consent; this includes conditions due to alcohol or drug consumption, or being asleep or unconscious, or under the age of legal consent, or unable to give consent under current law. Silence does not necessarily constitute consent, and past consent of sexual activities does not imply ongoing future consent. Whether the Respondent has taken advantage of a position of influence over the Complainant may be a factor in determining whether consent was freely given.  Consent to some form of sexual activity cannot be automatically taken as consent to any other form of sexual activity.  Consent can be withdrawn at any time.  4.4  Dating Violence: Violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim.  It includes, but is not limited to sexual or physical abuse or

the threat of such abuse. 4.4.1 The existence of such a relationship shall be determined based upon the reporting party's statement and with consideration of the length of the relationship, the type of the relationship and the frequency of the interaction between the persons involved 4.4.2 Under North Carolina law, a dating relationship is one wherein the parties are romantically involved over time and on a continuous basis during the course of the relationship. A casual acquaintance or ordinary fraternization between persons in a business or social context is not a dating relationship. 4.5 Domestic Violence: As defined by North Carolina General Statutes § 50B-1, domestic violence means the commission of one or more of the following acts upon an aggrieved party or upon a minor child residing with of in the custody of the aggrieved party by a person with whom the aggrieved party has or has had a personal relationship, but does not include acts of self-defense. Acts of domestic violence include (A) Attempting to cause bodily injury, or intentionally causing bodily injury; or (B) Placing the aggrieved party or a member of the aggrieved party's family or household in fear of imminent serious bodily injury or continued harassment, as defined North Carolina General Statute section 14-277.3A (stalking) that rises to such a level as to inflict substantial emotional distress; or (C) Committing any act defined as a rape or other sex offenses in North Carolina General Statute sections 14-27.2 through 14-27.7. 4.5.1 For the purpose of seeking a protective order under section 50B-1 of the N.C. General Statutes and its definition of domestic violence, the term "personal relationship" means a relationship wherein the parties involved: (A) Are current or former spouses; (B) Are persons of opposite sex who live together or have lived together; (C) Are related as parents and children, including others acting in loco parentis to a minor child, or as grandparents and grandchildren. (Note: an aggrieved party may not obtain an order of protection against a child or grandchild under the age of 16) (D) Have a child in common; (E) Are current or former household members; (F) Are persons of the opposite sex who are in a dating relationship or have been in a dating relationship. 4.5.2 Persons in same sex domestic relationships are protected from violent behavior under other statutes, and the University will investigate and address allegations of domestic violence by individuals who have cohabitated as spouses or intimate partners. 4.6 Proceeding: As provided by federal law, all activities related to a non-criminal resolution of an institutional disciplinary complaint, including, but not limited to, fact finding investigations, formal or informal meeting, and hearings. Proceeding does not include communications and meetings between officials and victims concerning accommodations or protective measures to be provided to a victim. 4.7 Respondent: A Respondent is an

individual accused of violation under this regulation. 4.8 Result: As provided by federal law, any initial, interim, and/or final decision by any official or entity authorized to resolve disciplinary matters within the institution. The result must include any sanctions imposed by the institution. 4.9 Sexual Assault: The penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim. North Carolina law defines these crimes in its General Statutes sections 14-27.1 through 14-27.10 and 14-178. 4.10 Stalking: As defined by North Carolina section 14-277.3A, stalking includes but is not limited to, a pattern of following, observing, or monitoring the victim, or committing violent or intimidating acts against the victim regardless of the means. If the respondent willfully on more than one occasion harasses another person without legal purpose or willfully engages in a course of conduct directed at a specific person without legal purpose and the respondent knows or should know that the harassment or the course of conduct would cause a reasonable person to (A) Fear for the person's safety or the safety of the person's immediate family or close personal associates; or (B) Suffer substantial emotional distress by placing that person in fear of death, bodily injury, or continued harassment. 4.10.1 North Carolina General Statute § 14-277.3A also includes the following definitions, which differs slightly from the definition listed in Section 8.4 of this regulation. 4.10.1.1 Course of conduct. - Two or more acts, including, but not limited to, acts in which the stalker directly, indirectly, or through third parties, by any action, method, device, or means, is in the presence of, or follows, monitors, observes, surveils, threatens, or communicates to or about a person, or interferes with a person's property. 4.10.1.2 Harasses or harassment. - Knowing conduct, including written or printed communication or transmission, telephone, cellular, or other wireless telephonic communication, facsimile transmission, pager messages or transmissions, answering machine or voice mail messages or transmissions, and electronic mail messages or other computerized or electronic transmissions directed at a specific person that torments, terrorizes, or terrifies that person and that serves no legitimate purpose. 4.10.1.3 Reasonable person. - A reasonable person in the victim's circumstances. 4.10.1.4 Substantial emotional distress. - Significant mental suffering or distress that may, but does not necessarily, require medical or other professional treatment or counseling.5. Reporting Options for Victims of Sexual Assault, Domestic Violence, Dating Violence, or Stalking 5.1 If you are a victim of sexual assault, domestic violence, dating violence, and/or stalking or otherwise become aware of such behavior, please report the incident to at least one of the following offices so that the University can

assist you and take measures to address the behavior: 5.1.1 Call 911 or the ECU police at 252.328.6787; 5.1.2 Report to ECUCARES at 252.737.5555; 5.1.3 Report to LaKesha Alston Forbes, the Title IX Coordinator at 252.328.6804; or 5.1.4 Report to the Office of Student Rights and Responsibilities at 252.328.6824. 5.2 Please take every step possible to preserve evidence: 5.2.1 Whenever possible, individuals should (1) not wash their face or hands; (2) not shower or bathe; (3) not brush their teeth; (4) not change clothes; (5) not straighten up the area where the assault took place; (6) not dispose of clothes or other items that were present during the assault; (7) not use the restroom or douche; and (7) should seek a medical exam immediately. 5.2.2 Please report the crime and seek medical attention and counseling even if evidence has not been preserved. 5.3 Options Regarding Notifying Law Enforcement 5.3.1 Individuals may choose to notify law enforcement of relevant jurisdiction (ECUPD, Greenville PD, Pitt County Sheriff, etc.) and will be provided the assistance of an ECU administrator in contacting these authorities if the individuals wishes. 5.3.2 Individuals may also decline to notify law enforcement of incidents of sexual assault, domestic violence, dating violence, and stalking. 5.3.3 ECUPD will enforce lawfully issued orders of protection provided by members of the ECU community. 5.4 Confidentiality and Privacy. East Carolina University offers options for individuals who wish to speak with someone confidentially. 5.4.1 Confidential Resources: These resources adhere to strict standards of confidentiality, without sharing what a victim has told them other than in limited circumstances. These resources can provide information and other wellness services. 5.4.2 Private Resources: These resources will keep a victim's information as private as possible, meaning that they will only share it with those who have a need to know. For example, they may need to disclose what is told to them to the appropriate individual or office that is responsible for addressing sexual misconduct within the East Carolina University community. The Title IX Coordinator is a private resource who handles information carefully, maintaining as much privacy as possible. 5.4.3 In the Annual Security and Fire Safety Report produced by the University, statistics regarding reports of sexual assault, domestic violence, dating violence, and stalking will be provided. These statistics will not include identifying information about the victim. As noted above, these statistics are collected so that the University can stay informed about trends, areas of concern or the need for education. 5.4.4 All accommodations or protective measures provided to the victim shall be kept confidential, to the extent that maintaining such confidentiality does not impair the ability of ECU to provide the

accommodations or protective measures.6. University Actions Upon Receipt of Report (Disciplinary Proceedings): 6.1 When the University receives a report of sexual assault, domestic violence, dating violence, and/ or stalking, victims and respondents will be provided with written notification about accommodations and protective measures such as existing counseling, health, mental health, victim advocacy, legal assistance, visa and immigration assistance, financial aid, and other services, including changes to academic, work and transportation schedules, which will be available to both parties. 6.2 Accommodations and protective measures are provided if requested and reasonably available, regardless of whether or not the event is reported to ECU Police or other law enforcement agencies and regardless of whether the victim desires to participate in University disciplinary proceedings or seek criminal charges. 6.3 When a victim reports an incident of sexual assault, domestic violence, dating violence, or stalking, the victim will be provided a written explanation of the rights and options available to him or her by the University. This will be provided regardless of whether the incident occurred on or off campus. 6.4 Victims of sexual assault, domestic violence, dating violence, or stalking, may request assistance for the following situations from the corresponding offices: 6.4.1 The ECU Police Department can assist with protective orders and coordination of protective measures with the Offices of the Dean of Students and Human Resources. 6.4.2 For academic accommodations, the Dean of Students Office offers assistance. 6.4.3 For on-campus living accommodations, the office of Campus Living offers assistance. 6.4.4 For transportation accommodations, Student Transit, SafeRide, and ECU Police offer assistance. 6.4.5 For employment accommodations, faculty and staff employees can contact Human Resources. 6.4.6 For student employment accommodations, student employees can contact the Dean of Students Office 6.5 When the University, through any of the offices identified in Section 5, herein above, a Campus Security Authority, the supervisor of any employee, or the coordinator of any internship, clinical education, practicum, or study abroad experience, receives a report of Sexual Assault, Domestic or Dating Violence, or Stalking under this regulation, a multi-disciplinary team will review the report to determine if there is additional assistance to be provided, and will receive periodic updates about the status of the investigation regarding the report. 6.6 If disciplinary action is pursued, the University will determine which disciplinary proceedings should apply based on the status of the Respondent (faculty member, staff employee, employee not subject to the state personnel act, student) at the time the incident occurred. 6.6.1 The University endeavors, in and through

each of the listed disciplinary proceeding it conducts, to provide a prompt, fair and impartial process and to complete the process of investigation and determination of responsibility within a reasonable time frame, typically sixty days. This timeline may be extended by the University with notice to the parties. A University official will explain to involved individuals the steps and timelines of the applicable disciplinary process.     6.6.2    Both individuals will have equal opportunities to have others present, including an advisor of his/her choice; be given timely notice of meetings and will be given access to the pertinent information that will be used in the proceedings    6.7 Depending upon the applicable process, a hearing may be conducted by an individual university administrator, a faculty panel, an employee grievance board, or the student conduct board. Complainants and Respondents may elect or decline to participate in any relevant process, but the University must reserve the right to proceed regardless of victim or respondent participation if it determines that is in the best interest of the ECU community.     6.7.1    All hearing officials receive training related to sexual misconduct, including sexual assault, dating and domestic violence and stalking.     6.7.2    All hearing officials will not decide matters where they have a conflict of interest or bias against a party.    6.8    The following processes describe the additional steps, anticipated timeline and decision- making process in more detail: 6.8.1    When the respondent is a student, Student Conduct Process, REG 11.30.01, Section 5;     6.8.2    When the respondent is a faculty member, ECU Faculty Manual, Part XII, Section IV, and Part IX, Section I includes detailed timelines regarding these proceedings; 6.8.3    When the grievant or respondent is an SPA employee, Mediation and Grievance Procedure for SPA Employees, REG 06.35.02;     6.8.4    When the respondent is an EPA non-faculty employee, Review Process and Procedures for EPA  Non-Faculty Employees, POL 06.35.01; and     6.8.5    When the respondent is a Clinical Support Staff employee, Clinical Support Services Employee Handbook.    6.9 Standard of Proof: In every investigation of a case of sexual assault, domestic violence, dating violence, or stalking, the University will utilize the preponderance of the evidence standard to determine whether or not such misconduct occurred; after the determination has been made, the standard for determining an appropriate sanction will be as provided below:     6.9.1    In disciplinary proceedings to determine the appropriate sanctions for a student, a preponderance of the evidence is required to determine that the student has violated the Student Code of Conduct.     6.9.2    In disciplinary proceedings to determine the appropriate sanction for a member of the tenured faculty, clear and convincing evidence is required that the misconduct warrants a serious

sanction, as outlined in the ECU Faculty Manual Part IX, Section I, section VI. . 6.9.3 In disciplinary proceedings to determine the appropriate sanction regarding misconduct by employees not holding a faculty appointment, the standard is whether there is just cause for the recommended action. 6.10 Disciplinary Results. Subject to any overriding provision of law, the Result, as defined in Section 4 of this Regulation, of any institutional disciplinary proceeding that arises from an allegation of sexual assault, domestic violence, dating violence, or stalking will be provided in writing to both parties at the same time, to include: 6.10.1 Any initial, interim, and final decision by any official or entity authorized to resolve disciplinary matters within the institution; 6.10.2 A brief rationale and any sanctions imposed; 6.10.3 The University's procedures for either party to appeal the result of the institutional disciplinary proceeding; and 6.10.4 Notice of any change to the result and a statement explaining when said result becomes final. 7. Education and Prevention Measures: The University is committed to enhancing the campus climate through education and awareness programs, which address and prevent Sexual Assault, Dating and Domestic Violence and Stalking. 7.1 The University offers prevention and educational programs and campaigns to promote awareness of sexual assault, domestic violence, dating violence, and stalking. These programs include information on healthy relationships, bystander intervention, risk reduction tips, and how to report incidents should they occur. 7.1.1 Students ECU will offer Sexual Misconduct prevention and bystander awareness training to all students. In addition Resident Advisors will complete mandated training in reporting and identifying Prohibited Misconduct and Bystander intervention training. 7.1.2 Employees All employees are responsible for completing educational modules about Prohibited Misconduct every five years. New employees must complete these required trainings within ninety (90) days of their hire date. The modules are accessible for all permanent faculty and staff via Cornerstone at: www.ecu.edu/itcs/cornerstone and via Blackboard for temporary or short-term faculty and staff as well as student employees at: www.blackboard.ecu.edu. 7.1.3 Supervisors The State of North Carolina mandates that all state government employees who were hired, promoted, or appointed to the position of supervisor or manager on or after July 1, 1991 attend the Equal Employment Opportunity Institute ("EEOI") at least once while holding a managerial or supervisory position. The EEOI should be completed within one year of appointment. The EEOI is an in person course designed to help managers and supervisors understand federal and state equal employment opportunity laws and how they apply to daily work situations, as well as

how to work with a diverse workforce and build an inclusive work environment free from Prohibited Misconduct. 7.2 The following definitions apply to these Education and Prevention Measures: 7.2.1 Awareness Programs: Community-wide or audience specific programming, initiatives, and strategies that increase audience knowledge and share information and resources to prevent violence, promote safety, and reduce perpetration. 7.2.2 Bystander Intervention: Safe and positive options that may be carried out by an individual or individuals to prevent harm or intervene when there is a risk of dating violence, domestic violence, sexual assault, or stalking. Bystander intervention includes: a.) recognizing situations of potential harm; b.) understanding institutional structures and cultural conditions that facilitate violence, overcoming barriers to intervening, identifying safe and effective intervention options, and taking actions to intervene.

7.2.3 Ongoing Prevention & Awareness Campaigns: Programming, initiatives, and strategies that are sustained over time and focus on increasing understanding of topics re levant to and skills for addressing dating violence, domestic violence, sexual assault, and stalking, using a range of strategies with audiences throughout the institution. 7.2.4 Primary Prevention Programs: Programming, initiatives, and strategies informed by research or assessed for value, effectiveness, or outcome that are intended to stop dating violence, domestic violence, sexual assault, and stalking before they occur through the promotion of positive and healthy behaviors that foster healthy, mutually respectful relationships and sexuality, encourage safe bystander intervention, and seek to change behavior and social norms in healthy and safe direction. 7.2.5 Risk Reduction: Options designed to decrease perpetration and bystander inaction, and to increase empowerment for victims in order to promote safety and to help individuals and communities address conditions that facilitate violence.8. Collecting Statistics for the Annual Security Report: Each year East Carolina University releases an Annual Security Report in compliance with Clery Act as Amended by VAWA. 8.1 The East Carolina University Police Department ("ECUPD") maintains the campus crime log and is responsible for collecting and analyzing the statistics that are reported in the Annual Security and Fire Safety Report. 8.1.1 The jurisdiction and enforcement authority of the ECUPD is established by N.C. General Statute § 116-40.5A, which provides that the territorial jurisdiction of ECU police officers includes all property owned or leased by East Carolina University and that portion of any public road or highway that passes through and immediately adjoins such property, wherever located. 8.1.2 The ECUPD is a full-service, 24-hour a day law enforcement organization

with responsibilities identical to a municipal police department. The department is nationally accredited through the Commission on Accreditation for Law Enforcement Agencies. ECU police are sworn with full powers of arrest and are charged with the responsibility of protecting life and property, preventing and detecting crime on campus, and providing essential services to the university community. These officers enforce the laws of the state of North Carolina.        8.1.3 Other law enforcement agencies share concurrent jurisdiction with the ECUPD: the Pitt County Sheriff's Department investigates violations of the law within the county's territorial jurisdiction; the Greenville Police Department investigates violations of the law within the city's jurisdiction.  Other law enforcement agents have statewide jurisdiction for investigations which are limited by North Carolina law (for example, the State Highway Patrol, State Bureau of Investigation, Alcohol and Law Enforcement Agents, Wildlife Enforcement Officers, Marine Fisheries Enforcement Officers, Local Alcohol Beverage Control Officers, and Probation and Patrol Officers).        8.1.4    The ECUPD participates in the Pitt County Multi-Jurisdictional Mutual Aid Agreement, and the Greenville Extended Jurisdiction agreement, and. has mutual assistance agreements with numerous local law enforcement agencies and UNC institutions, as outlined in the Annual Security Report and General Order 200-10.    8.2    Campus Security Authorities: ECU officials who have significant responsibility for student and campus activities are designated as Campus Security Authorities.  They are listed in the annual security report, which is accessible on the ECUPD website.  These individuals include but are not limited to officials in the Office for Equity and Diversity, the ECUPD, Office of Student Rights and Responsibilities, the Campus Living Conduct Office, any Campus Living coordinator or resident advisor, an advisor of a registered student organization and coaches for athletic teams. 8.2.1    Each CSA must ensure that the Anonymous Crime Reporting Form is completed and submitted to the Clery Coordinator in the ECU PD upon notification of a crime outlined in the Clery Act as Amended by VAWA in order for the report to be included in the crime statistics as reported in the Annual Security and Fire Safety Report.  Completion of this form does not require the reporter to initiate an investigation or disclose any personally identifying information about the victim. Rather it is collected so that the University can stay informed about trends, areas of particular concern and targeted educational needs.    8.3    The ECU Police Department will record and report on the Annual Security and Fire Safety Report, reports of sex offense, domestic violence, dating violence, and stalking. The definitions of these offenses for the purpose of reporting statistics is located below.        8.3.1    If a sex offense

occurs in the same incident as a murder, the institution will record both the sex offense and the murder in its statistics.      8.3.2   In incidents related to stalking, the institution will record crime statistics for each year in which the course of conduct is reported to a local police agency or ECU police or Campus Security Authority. Also, the institution will record each report of stalking as occurring only at the first location within the institution's Clery geography in which a perpetrator engaged in the stalking course of conduct or a victim first became aware of the stalking.      8.4   Reporting Definitions: For the purpose of documenting, reporting and conducting statistical analysis for the Annual Security and Fire Safety Report incidents of sexual assault, domestic violence, dating violence, and stalking the ECUPD will use the following definitions. For the purpose of disciplinary proceedings ECU will use the definitions in located in Section 3.      8.4.1   Sexual Assault: An offense that meets the definition of rape, fondling, incest, or statutory rape as used in the FBI's Uniform Crime Reporting program.

8.4.1.1   Rape: The penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim.          8.4.1.2 Fondling: The touching of the private body parts of another person for the purpose of sexual gratification, without the consent of the victim, including instances where the victim is incapable of giving consent because of his/her age or because of his/her temporary or permanent mental incapacity.          8.4.1.3   Incest: Sexual intercourse between persons who are related to each other within the degrees wherein marriage is prohibited by law.  Under North Carolina law, incest is intercourse between a (1) grandparent or grandchild; (2) parent or child, stepchild, or legally adopted child; (3) brother or sister of the half or whole blood; or (4) uncle, aunt, nephew or niece.          8.4.1.4 Statutory Rape: Sexual intercourse with a person under the statutory age of consent.          8.4.2   Dating Violence: Violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim. The existence of such a relationship shall be determined based on the reporting party's statement and with consideration of the length of the relationship, the type of relationship, and the frequency of interaction between the persons involved in the relationship. For the purposes of this definition, dating violence includes, but is not limited to, sexual or physical abuse of the threat of such abuse. Dating violence does not include acts covered under the definition of domestic violence. Any incident meeting this definition is considered a crime for the purposes of Clery Act reporting. Additional information specific to North Carolina law can be found in Section 4, herein above.

8.4.3   Domestic Violence: A felony or misdemeanor crime of

violence committed: (A) by a current or former spouse or intimate partner of the victim; (B) by a person with whom the victim shares a child in common; (C) by a person who is cohabitating with, or has cohabitated with, the victim as a spouse or intimate partner; (D) by a person similarly situated t         o a spouse of the victim under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred; (E) by any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred. Additional information specific to North Carolina law can be found in Section 4.    8.5    Stalking: Engaging in a course of conduct directed at a specific person that would cause a reasonable person to: (A) fear for the person's safety or the safety of others; or (B) suffer substantial emotional distress.  For the purposes of defining stalking for inclusion of the crime in the statistics reported in the annual security report:    8.5.1    Course of Conduct means two or more acts, including, but not limited to, acts in which the stalker directly, indirectly, or through third parties, by any action, method, device, or means, follows, monitors, observes, surveils, threatens, or communicates to or about a person, or interferes with a person's property.    8.5.2  Reasonable person means a "reasonable person under similar circumstances and with similar identities to the victim."    8.5.3  Substantial Emotional Distress means any significant mental suffering or anguish that may, but does not necessarily, require medical or other professional treatment or counseling.    8.5.4    Any incident meeting this definition is considered a crime for the purposes of Clery Act reporting.  Additional information specific to North Carolina law can be found in Section 4, herein above.    8.6    Hate Crimes: East Carolina University will identify the category of bias that motivated each hate crime recorded and reported in the Annual Security and Fire Safety Report.  These categories of bias include the victims actual or perceived    8.6.1    Race;    8.6.2    Gender;    8.6.3    Gender identity;    8.6.4    Religion;    8.6.5    Sexual orientation;    8.6.6    Ethnicity;    8.6.7    National origin; and    8.6.8    Disability.    8.7  Unfounded Reports: East Carolina University will report to the Department of Education in its Annual Security and Fire Safety Report the statistics for the total number of crime reports that were "unfounded" and subsequently withheld from the crime statistics reported in the Annual Security and Fire Safety Report.    8.7.1    Unfounded reports are those that have been fully investigated by sworn law enforcement personnel and, based on the results of this full investigation and evidence, have made formal determination that the crime report is false or baseless.  Recovery of stolen property, stolen property that is of low

value, the refusal of a victim to cooperate with law enforcement or the failure to make an arrest do not justify classifying a report as "unfounded."



# Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex

## Interim

**REG06.40.01 Current Version**

**Authority:** Chancellor

**History:** Interim approved January 17, 2014; Revised Interim approved September 29, 2014; Revised Interim approved November 25, 2014.

**Related Policies:** Sexual Harassment, Discrimination, and Conflicts of Interest Policies and Procedures of East Carolina University
Student Conduct Process (specifically 2.3-2.4.1.2)
Campus Security Authorities
Part XII of Faculty Manual
2014 Equal Employment Opportunity Plan
Mediation and Grievance Procedure for SPA Employees

**Additional Resources:** ECU Title IX Resources
Title IX OCR provisions
U.S. Department of Education Office for Civil Rights, April 2011 Dear Colleague Letter: Sexual Violence
U.S. Department of Education Office for Civil Rights, 2014 Guidance
Text of Title IX (20 U.S.C. 1681-1688)
U.S. Department of Education Office for Civil Rights Title IX General Information
Title IX Regulations
U.S. Department of Education Office for Civil Rights, Dear Colleague

Letter: Sexual Violence Background, Summary, and Fast Facts
U.S. Department of Education Office for Civil Rights, Know Your Rights: Title IX Prohibits Sexual Harassment and Sexual Violence Where You Go to School
U.S. Department of Education Office for Civil Rights, Revised Sexual Harassment Guidance: Harassment of Students By School Employees, Other Students or Third Parties
U.S. Department of Education Office for Civil Rights, Sexual Harassment: It's Not Academic
U.S. Department of Justice The Campus Sexual Assault (CSA) Study

**Contact Information:** Associate Provost for Equity and Diversity, Office of Equity and Diversity, 328-6804

Archived Versions:
Version 1  Version 2   [ Compare Versions ]

## 1. Introduction

1.1.    Sexual harassment, sexual misconduct and/or discrimination on the basis of sex are illegal and endanger the environment of tolerance, civility, and mutual respect that must prevail if the University is to fulfill its mission. ECU is committed to providing and promoting an atmosphere in which students can engage fully in the learning process and employees can realize their maximum potential in the workplace.

1.2.    ECU is required by Title IX of the Education Amendments of 1972 not to discriminate on the basis of sex in its education programs and activities.  ECU prohibits any acts of sexual misconduct and/or related retaliation against employees, students or visitors, regardless of sexual orientation or gender identity. When an allegation of such misconduct or retaliation is brought to a Campus Security Authority as referenced in section 2.1 or an otherwise obligated employee, and a Respondent is found to have violated this regulation, sanctions up to and including termination and/or expulsion will be imposed to reasonably ensure that such actions are not repeated by the accused within the University community. ECU is committed to eliminating sexual misconduct in all forms to include but not limited to, domestic violence, relationship violence, sexual assault, sexual harassment, stalking, and will take appropriate remedial action against any individual found responsible for an act or acts in violation of this regulation. Acts of sexual violence or sexual misconduct may also constitute violations of

applicable criminal or civil law, or other applicable ECU policies that may require separate proceedings. To further its commitment against sexual violence and/or sexual misconduct, ECU provides reporting options, an investigative process, appropriate disciplinary processes, and prevention training and other related services as appropriate.

1.3.   ECU students, employees, and/or visitors are encouraged to report sexual harassment, including sexual assault, sexual violence or other sexual misconduct, or related questions to the Title IX Coordinator in the Office for Equity and Diversity, the ECU Deputy Title IX Coordinator ("Deputy Coordinator") in the Dean of Students Office, the Office of Student Rights and Responsibilities, the ECU Police, and/or to the U.S. Department of Education's Office for Civil Rights. Any employee who receives a report of sexual misconduct should contact the Title IX Coordinator and must not attempt mediation with the Complainant and Respondent.

1.3.1.   The Title IX Coordinator may be reached in the Office for Equity and Diversity, Old Cafeteria Building Suite G-406, phone (252) 328-6804, or email oed@ecu.edu.

1.3.2.   The Title IX Coordinator responsibilities include overseeing ECU's response to Title IX reports and complaints and identifying and addressing any patterns or systemic problems revealed by such reports and complaints.

1.4.   University policy and federal and state laws, including Title IX of the Education Amendments of 1972, prohibit the taking of retaliatory measures against any individual who files a complaint in good faith and/or participates in any investigation related to an allegation of prohibited harassment or discrimination.  If University officials learn of such behavior, the University reserves the right to take appropriate disciplinary action, as well as to act to protect the reporting parties.

## 2.   Definitions

2.1.   Complainant - A Complainant is an individual alleging conduct prohibited under this regulation.

2.2.   Consent - Consent is explicit approval and permission to engage in sexual activity demonstrated by clear actions, words, or writings. Consent is informed, freely given and mutually understood by all parties involved. If coercion, intimidation, threats, and/or physical force are

used, there is no consent. If the Complainant was mentally or physically incapacitated or impaired so that the Complainant could not understand the fact, nature, or extent of the sexual situation, there is no consent; this includes conditions due to alcohol or drug consumption, or being asleep or unconscious, or under the age of legal consent, or unable to give consent under current law. Silence does not necessarily constitute consent, and past consent of sexual activities does not imply ongoing future consent. Whether the Respondent has taken advantage of a position of influence over the Complainant may be a factor in determining whether consent was freely given.  Consent to some form of sexual activity cannot be automatically taken as consent to any other form of sexual activity.  Consent can be withdrawn at any time.

2.3.    Preponderance of the evidence - This  standard will be used to evaluate the evidence for purposes of making findings and drawing conclusions for an investigation conducted under this regulation; meeting the standard constitutes a conclusion it is more likely than not that the alleged conduct occurred.

2.4.    Respondent - A Respondent is an individual accused of violation under this regulation.

2.5.    Responsible Employee - A Responsible Employee is (1) a  person designated as a supervisor of any University employee; (2) any person who is designated as a Campus Security Authority; or (3) any ECU employee responsible for coordinating or supervising clinical education experiences, practicum and/or internships.  Responsible Employees must report incidents of Sexual Misconduct to the Title IX coordinator and must not attempt mediation with the Complainant and Respondent.

2.5.1.    Faculty and other ECU employees who are responsible for coordinating or supervising clinical education experiences, practicum and/or internships are considered to be Responsible Employees with respect to the students participating in those experiences, and are required to report any allegations of Sexual Misconduct that they receive relating to those students to the Title IX coordinator.

2.5.2.    Campus Security Authority (CSA)

2.5.1.1.    **Who are CSAs?**  ECU officials listed in the annual security report, which is accessible through the hyper-link in the Related Policies section, above.  This includes  but is not limited to officials in the Office for Equity and Diversity, the ECU Police, Office of Student Rights and

Responsibilities, the Campus Living Conduct Office, any Campus Living coordinator or resident advisor, an advisor of a registered student organization, coaches for athletic teams and any official that has significant responsibility for student and campus activities.

2.5.1.1.1   Each CSA must ensure that the Anonymous Crime Reporting Form is completed and submitted to the Office of Victims Services in the ECU Police Department

2.5.1.2.   **Who are not CSAs?**  Faculty members who do not have any responsibility for student and campus activity beyond the classroom and clerical staff are not considered CSAs, and therefore are not required to complete the Anonymous Crime Reporting Form.   Counselors in the Center for Counseling and Student Development and medical providers in Student Health Services, are not required to report information received when they are functioning within the scope of their license, certification or religious training, and performing their official duties providing mental health counseling, medical care or religious counseling.

2.6.   Retaliation - Retaliation is any act by a University employee or student of reprisal, interference, restraint, penalty, discrimination, coercion, or harassment against an employee or student for using the applicable policies responsibly.

2.7.   Sex Discrimination -  actions that subject individuals to improper and  unequal treatment on the basis of their sex, including but not limited to the improper exclusion of individuals from University activities.
 **Sexual Misconduct** is a form of sex discrimination that includes Sexual Harassment and Sexual Violence.

2.7.1.   Sexual Harassment - The following constitute sexual harassment:

2.7.1.1.   "Quid Pro Quo" - Making verbal remarks or committing physical actions that propose to people of  either sex that they engage in or tolerate activities of a sexual nature in order to avoid some punishment or to receive some reward.

2.7.1.2.   Hostile Environment - Conduct that is directed toward a particular person or persons based upon the person's sex.  The conduct is unwelcome; severe or pervasive; objectively offensive; and unreasonably interferes with the target person's employment, academic

pursuits, or participation in University-sponsored activities as to effectively deny equal access to the University's resources and opportunities. Hostile environment is determined by looking at the totality of the circumstances, including the frequency of the allegedly harassing conduct, its severity, whether it is physically threatening or humiliating, and whether the conduct unreasonably interferes with an individual's work performance, academic advancement, and participation in extracurricular activities or access to University services. Continuing verbal, nonverbal or physical conduct of a sexual nature when the person or persons the conduct is directed toward has indicated clearly, by word, writing, or action, that this conduct is unwanted also constitutes sexual harassment. This includes unwelcome sexual advances and requests for sexual favors. In some cases, a single incident may be severe enough to constitute harassment. Examples of conduct that could create or contribute to hostile environment harassment may include but are not limited to:

2.7.1.2.1.   Unwelcome jokes about sex or sexual orientation;

2.7.1.2.2.   Offensive or degrading physical contact or coercive behavior, including stroking, patting or similar physical contact; or

2.7.1.2.3.   Pictures, posters, graffiti or written materials displayed in a workplace or classroom which are objectively, sexually offensive or obscene and that exceed the bounds of free speech protected by the Constitution.

2.7.2.   Sexual Violence - a severe form of sexual harassment that includes rape, sexual assault, sexual battery, sexual abuse, and sexual coercion and refers to any physical sexual act that is completed or attempted against a victim's will or when a victim is unable to consent. The act may involve actual or threatened physical force, use of weapons, coercion, intimidation or pressure.

2.7.2.1.   Sexual Assault - an actual, attempted, or threatened sexual act with another person without that person's consent. Sexual assault is often a criminal act that can be prosecuted under State law, as well as form the basis for discipline under applicable ECU policy or regulations. Sexual assault includes but is not limited to:

2.7.2.1.1.   Involvement without consent in any sexual act in which there is force, expressed or implied, or use of duress, or deception upon the victim. Forced sexual intercourse is included in this definition, as are the

acts commonly referred to as "date rape" or "acquaintance rape." This definition also includes the coercing, forcing, or attempting to coerce or force sexual intercourse or a sexual act on another.

2.7.2.1.2.   Involvement in any sexual act when the victim is unable to give consent.

2.7.2.1.3.   Intentional and unwelcome touching, or coercing, forcing, or attempting to coerce or force another to touch a person's intimate parts (defined as primary genital area, groin, inner thigh, buttocks, or breast).

2.7.2.1.4.   Offensive, illegal sexual behavior that is directed at another such as indecent exposure or voyeurism.

2.7.2.1.5.   Non-forcible sex acts, including unlawful sexual acts where consent is not relevant, such as sexual contact with an individual under the statutory age of consent, as defined by State law, or between persons who are related to each other within degrees wherein marriage is prohibited by law.

2.8.   Title IX - Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681) is an all-encompassing federal law that prohibits discrimination based on the sex:  "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance..."  Sexual misconduct may be so severe, persistent/pervasive, and objectively offensive as to limit, deprive, or deny educational access, benefits or opportunities.

**3.   Reporting Protocols**

3.1.   For Allegations Against A Student: Any individual who believes that, due to the conduct of another student, he/she has been the victim of Sexual Misconduct or who feels that he/she has been retaliated against for his/her good faith reporting of allegations or his/her participation in an investigation of alleged prohibited harassment or discrimination should file a Title IX complaint with the Deputy Title IX Deputy Coordinator within the Dean of Students Office or the Office for Equity and Diversity to initiate an investigation.

3.2.   For Allegations Against A University Employee: Anyone who believes that, due to the conduct of a University employee, he/she has

been the victim of Sexual Misconduct, or who feels that he/she has been retaliated against for his/her good faith reporting of allegations or his/her participation in an investigation of alleged prohibited harassment or discrimination should file a Title IX complaint with the Office for Equity and Diversity to initiate an investigation.

3.3.    Responsible Employees **must** report allegations of Sexual Misconduct immediately to the Title IX Coordinator, in order to allow the University to conduct an investigation.  Failure to do so may result in disciplinary action by the University, up to and including dismissal.

3.3.1.    Regardless, of whether an employee has an obligation under the Clery Act (as a CSA) to complete an anonymous reporting form, Responsible Employees must report allegations of sexual misconduct to the Title IX coordinator.

3.4.    Responsible Employees **do not** need to determine whether or not the allegations reported to them occurred, however, they must report the names of the alleged perpetrator and subject of the conduct involved, as well as relevant facts they may have, including the date, time, and location to the Title IX coordinator or appropriate designee.

3.5.    Responsible Employees **should** also inform Complainants of (1)the Responsible Employee's reporting obligation to the Title IX Coordinator or appropriate designee; (2) the Complainant's option to request that their confidentiality be maintained by ECU, which will be considered and (3)  that a student Complainant can share information confidentially with counselors in the Center for Counseling and Student Development, medical providers in Student Health Services, and the Victims' Advocate.

3.6.    With the exception of those who receive information within the performance of a role for which they have statutory privilege (for example a doctor in the course of providing patient care or a counselor during a counseling session), all University faculty or staff members, who become aware of allegations of Sexual Misconduct,  **should** immediately report the behavior to the Title IX Coordinator to allow the University to conduct an investigation. Consistent with Part XII of the ECU Faculty Manual, Faculty Grievance Policies and Procedures, Section  IV. II.A., upon receipt of a report from a Complainant, the Department Chairs must consult with the Title IX Coordinator.

3.7.    Complaints can be submitted in several ways.

3.7.1.   Crimes should be reported to ECU Police through the Crime Tip Line at 737-8477, or electronically through the "Report a Crime" section of the ECU Police Department website (http://www.ecu.edu/cs-studentlife/police/report_crime.cfm).  For emergencies or crimes in progress, dial 911 or ECU Dispatch at (252) 328-6787.

3.7.2.   Calling the anonymous ECU Cares line at (252)737-5555

3.7.3.   Submitting a complaint electronically using the Student Affairs complaint form, accessible at the Dean of Students' website (http://www.ecu.edu/dos) under "Title IX".

3.7.4.   Submitting a complaint electronically through the Office for Equity and Diversity complaint form, accessible at the OED website (http://www.ecu.edu/cs-acad/oed).

3.7.5.   Speaking with Dean of Students Office staff on the phone (252) 328-9297 or in person at the Dean of Students Office, 362 Wright Building, Monday-Friday from 8:00 a.m.-5:00 p.m.

3.7.6.   Speaking with someone in the Office for Equity and Diversity at (252) 328-6804, Old Cafeteria Complex, Suite G 406, Greenville, NC 27858.

## 4.   Investigation Principles

4.1.   The University will investigate and act upon information that is provided to it, including but not limited to third party reports, about allegations of Sexual Misconduct and Title IX regulations.

4.2.   The University is committed to the following when investigating complaints:

4.2.1.   Basing findings on the preponderance of the evidence standard;

4.2.2.   Treating all parties fairly and equally;

4.2.3.   Not attempting to resolve complaints of sexual misconduct through informal means; and

4.2.4.   Notifying all parties that the investigation will be impartial,

prompt and thorough.

4.3.   Conflict of Interest

4.3.1.   If a conflict of interest is identified before an investigation has begun, then the Investigator  will provide the Complainant with a secondary individual to assist with or take over the investigation;

4.3.2.   If a conflict of interest is identified after an investigation has begun, the Investigator can continue to investigate if, after full disclosure of a potential conflict of interest, the Complainant and the Respondent are given the opportunity to request a secondary individual to complete the investigation and decline to so request.

4.3.3.   If the parties feel that the Investigator can remain unbiased they will be asked to sign a continuation agreement, to that effect before the Investigator will continue.

4.4.   The University may take interim measures to protect the Complainant in the educational setting or workplace based on the facts specified in the allegation, including but not limited to:  minimizing contact with the Respondent and allowing the Complainant to change academic and extracurricular activities or his or her living, transportation, dining, and working situation as appropriate.

4.5.   Both Complainants and Respondents will be provided information about available on and off campus resources, including but not limited to: victim advocacy, counseling/mental health services, disability support services, health services, and explanation and assistance regarding reporting a crime to campus or local law enforcement.

4.6.   Both Complainants and Respondents will have the opportunity to present witnesses and evidence during the investigation and in any disciplinary proceeding, and to have a support person present, consistent with applicable policy.

4.7.   The University will make every effort to complete investigations within approximately 60 calendar days, depending on the complexity of the investigation and severity and extent of the alleged conduct.

4.8.   Concurrent written notice will be provided to the Complainant and Respondent of the outcome of the complaint.

4.9.   Both Complainants and Respondents will have the opportunity to appeal in accordance with applicable University policies and procedures.

4.10.   Remedies will be provided to the Complainant and university community as needed and will be dependent on the specific facts.

4.10.1.   Potential remedies for the Complainant include but are not limited to:  providing comprehensive, holistic victim services including medical, counseling and academic support services; ensuring the Complainant and Respondent do not share classes, work space/arrangements or extracurricular activities; and providing appropriate academic adjustments.  This may also include remedies that were declined by the Complainant as interim measures.

4.10.2.   Potential remedies for the university community include but are not limited to:  training or retraining employees and/or students; conducting bystander intervention and sexual violence prevention programs; and developing materials on sexual violence and distributing to the university community.

## 5.   Confidentiality and Privacy

5.1.   The University will protect Complainants' privacy to the extent possible under the law.  In some situations, including those in which disciplinary action is a possible outcome, due process may require disclosure of information to persons accused.

5.2.   The University may be required by law to investigate complaints under this regulation, but that investigation may be limited by the information provided by the Complainant and the Complainant's willingness to pursue a formal complaint.

5.3.   The University will make every reasonable effort to abide by Complainants' wishes to remain anonymous; however, the University will balance requests for anonymity/confidentiality with the safety of other members of the community.

5.3.1.   Factors that will be considered in determining whether to disclose a complaint or report of misconduct to a Respondent include: the seriousness of the alleged conduct; the Complainant's age; whether there have been other complaints about the same individual; and the alleged harasser's rights to receive information about the allegations if the information is maintained by the school as an "education record"

under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g; 34 C.F.R. Part 99.15.

5.3.2.    If the University proceeds with an investigation or other response to the Report, then the Investigator will notify the Complainant before the Respondent is contacted.  The Complainant will also be notified of the University's retaliation policy.

5.4.    Handling of Confidential Reports

5.4.1.    If the Complainant would like to remain anonymous, the Investigator will:

5.4.1.1.    explain that the University endeavors to investigate the allegations as presented without revealing the Complainant's identity, but that the University cannot ensure complete confidentiality and it may be limited in its ability to take disciplinary action if the Complainant desires to remain anonymous;

5.4.1.2.     explain that the University has an obligation to investigate and document the allegations, and advise the Complainant about the right to make a confidential report for statistical inclusion in the annual security report;

5.4.1.3.    to the extent practicable, provide resources and internally manage the Complainant's situation, as the University would if the Complainant did not request anonymity; and

5.4.1.4.    ask the Complainant to acknowledge and sign a document confirming that s/he has requested anonymity and that may mean that it is unable to take disciplinary action against the Respondent.

## 6.    Coordination with Law Enforcement Investigation or Other Processes

6.1.    A University investigation with respect to Title IX is separate from a criminal investigation (into complaints alleging harassment or sexual misconduct that constitutes a criminal offense, such as assault, battery, rape or another form of violence or sexual violence).  A Complainant can file a police report at any time, including during the duration of a Title IX investigation under this regulation.

6.2.    A University investigation with respect to Title IX is separate from

the University's review of a Student Code of Conduct violation. A Complainant can file a report and/or a complaint to Office of Student Rights and Responsibilities at any time, including during the duration of a Title IX investigation under this regulation.

6.3. The Title IX Coordinator and Deputy Title IX Coordinator will coordinate with a criminal investigating agent and/or the Office of Student Rights and Responsibilities as permitted by law.

6.4. The Title IX investigation will continue to go forward during a criminal investigation. Reporting to the police and/or Office of Student Rights and Responsibilities does not end the Title IX investigatory responsibility for the University.

6.4.1. Information about on-campus and off-campus resources will be provided to both parties with respect to filing criminal charges, including numbers and contact information for the police department with jurisdiction over a matter.

6.4.2. If the reporting party needs assistance with filing a formal police report, University personnel will assist with this process.

6.5. The standard of evidence for conviction in criminal cases ("beyond a reasonable doubt") is a higher standard than the University will use in a Title IX investigation ("preponderance of the evidence")

6.6. The Title IX Coordinator, Deputy Coordinator, and the ECU Police Department will communicate regularly regarding Title IX investigations and requirements.

## 7. Educational Programs

7.1. The University provides education on these issues in a variety of forms and forums.

7.2. Employees designated as Campus Security Authorities, must complete enhanced discrimination, harassment and safety training every year, which, at a minimum, includes the requirements of Title IX and Clery, the proper method for reporting sexual harassment and sexual violence and the University's responsibilities for responding to reports of sexual harassment and sexual violence.

7.3. Each employee is responsible for completing training on Title IX

and related issues no less than every five years.

7.3.1.   Effective October 1, 2014, new employees must complete training on Title IX and related issues within 90 days of hire date.



# Student Conduct Process

**Interim**

**REG11.30.01 Current Version**

**Authority:** Chancellor

**History:** Version 1: revised August 17, 2010 to be effective August 23, 2010; Version 2: revised and effective August 21, 2012; Version 3: revised December 2012 to be effective February 1, 2013; Version 4: revised and effective April 8, 2013; Version 5: revised and effective October 1, 2013; Version 6: revised and effective November 11, 2013; Version 7 & 8: revised and effective May 29, 2014; Version 9 (current): revised November 11, 2014 to be effective January 1, 2015.

**Related Policies:** UNC Policy Manual 700.4.1, Policy on Minimum Substantive and Procedural Standards for Student Disciplinary Proceedings

UNC Policy Manual 700.4.2, Policy on Student Conduct

UNC Policy Manual 700.4.3[G], Guidelines on Student Disciplinary Proceedings: Meaning and Effect of Expulsion

University Alcohol Policy

ECU Policy on Drug Abuse, Graduate Catalog

ECU Policy on Drug Abuse, Undergraduate Catalog

ECU University Regulation Concerning Weapons on Campus

ECU University Student and Employee Computer Use Policy

ECU Hazing Policy

ECU Racial and Ethnic Harassment Policy

ECU Policy on Sexual Harassment, Discrimination, and Conflicts of Interest

University Good Samaritan Regulation

Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex

East Carolina University Faculty Manual, Part VI, Section II, Academic Integrity

Use of University Facilities and Outdoor Facilities Regulation

Residence Handbook

Graduate School Policies and Forms

Graduate and Undergraduate Catalogs

Brody School of Medicine Code of Student Conduct

Brody School of Medicine Code of Professional Conduct

School of Dental Medicine Handbook

Code of Ethical Conduct and Professional Behavior for Students and Residents

**Additional Resources:**

**Contact Information:** Director for the Office of Student Rights and Responsibilities, (252) 328 - 6824

Archived Versions:
Version 1  Version 2  Version 3  Version 4  Version 5  Version 6  Version 7  Version 8    Compare Versions

1. Introduction

1.1. Purpose Statement

As an academic community, East Carolina University is dedicated to providing a safe and vibrant learning and working environment for all its members. Under Section 502 D of the Code of the Board of Governors of the University of North Carolina, the Board and the President of the University of North Carolina have delegated the responsibility to manage student conduct to the Chancellor of each constituent campus. ECU's Chancellor, in turn, charged the Vice Chancellor for Student Affairs with overseeing the student conduct process. The Office of Student Rights and Responsibilities and the Student Conduct Board have been created to assist in this effort.

    1.1.1.   The Student Conduct Process regulation and supporting policies and procedures have been approved by the Chancellor and are based on input from students, faculty, and staff of East Carolina University. They are intended to aid in the fulfillment of ECU's mission and in securing the broadest range of freedom for each member of the community. These policies and procedures set behavioral standards that protect the health, safety, welfare, property, and human rights of all members of the community as well as the property of the University.

1.2.   Office of Student Rights and Responsibilities
The Office of Student Rights and Responsibilities (OSRR) administers the Student Conduct Process (Student Code of Conduct or Code). OSRR fosters student growth by promoting students' awareness and understanding of their rights and responsibilities as community members. It addresses student conduct and creates developmental learning opportunities in an effort to engage students in ethical decision-making. Any questions regarding the student conduct process should be directed to the Director of OSRR.

1.3.   Scope of the Student Conduct Process
As members of the ECU community, students have the right to be treated with respect and consideration, have freedom of inquiry, and have reasonable use of services and facilities. The University embraces and strives to uphold the freedoms of expression and speech guaranteed by the First Amendment of the United States Constitution and the North Carolina Constitution. The University has the right under appropriate circumstances to regulate the time, place, and manner of exercising these and other constitutionally protected rights.

    1.3.1.   The Code pertains to anyone registered for an academic course at the University, including but not limited to, undergraduate and graduate students who are classified as degree or non-degree seeking, as

well as visiting students, medical students, dental students, professional students, and students studying abroad. All students are responsible for conducting themselves in a manner that helps enhance an environment of learning in which the rights, dignity, worth, and freedom of each member of the academic community are respected. Upon acceptance of admission to ECU, each student agrees to abide by the policies of the University and to conduct her/himself on- and off-campus in a manner consistent with its educational mission. Students have a responsibility to review the Student Code of Conduct and other policies and to seek clarification if necessary from the Office of Student Rights and Responsibilities. In addition, various academic units and administrative departments have policies specific to their area of responsibility. It is the responsibility of each student to be familiar with University policies and procedures. The Student Code of Conduct and related policies and procedures are available on-line. Printed copies are available in the Office of Student Rights and Responsibilities upon request.

1.3.2.    Students are subject to the Student Code of Conduct and related policies from the time they accept admission until they graduate from the University. This means that conduct occurring before classes begin, including New Student Orientation, or after classes end, during the academic year, and during periods between terms of enrollment is governed by this Code.

1.3.3.    In addition to the consequences outlined in this regulation, students who represent units within the University community, such as medical students, graduate students, student athletes, and residential students might be subject to additional behavioral consequences under the standards set by those units. The Student Conduct Process regulation also applies to student behavior, which violated University policies, but which was discovered after the student has left the University or has graduated. Depending on the circumstances of the case, degree revocation might be a consequence, as is outlined in the relevant catalog.

2.    Student Code of Conduct

The University reserves the right to take necessary and appropriate action to protect the safety and well-being of the campus community and to support the mission of the University. Such action may include taking disciplinary action as outlined in this Code against students for their on- and off-campus conduct.

East Carolina University students are expected to refrain from the following behaviors.

2.1.    Alcohol: Illegally possessing, consuming, having consumed, and/or providing alcoholic beverages to those under the legal drinking age. Being intoxicated in public.

2.2.    Drugs, Drug Paraphernalia, and Other Controlled Substances: Possessing, using, distributing, buying, selling, facilitating a sale, delivering, manufacturing, and/or abusing illicit or illegally obtained substances.   Misusing prescription or counterfeit drugs. Consuming, including huffing or sniffing, any substance not intended for such use. Possessing or using drug paraphernalia.

2.3.    Endangerment: Acting in a manner that could or did endanger or injure a person or the ECU community. Examples of endangerment include, but are not limited to, fighting, operating a vehicle while under the influence of alcohol or drugs, and engaging in non-consensual sexual contact.

2.3.1.    Endangerment can include, but is not limited to Sexual Misconduct as defined in the University's "Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex".
2.3.1.1.    Findings from investigations regarding Sexual Misconduct may be referred by the Title IX Coordinator or Deputy Title IX Coordinator to OSRR for disciplinary action in accordance with this Student Conduct Process.
2.3.1.2.    In cases involving Sexual Misconduct, mediation between the Complainant and the Respondent will not be used for resolution.
2.3.1.3.    In addition to review of Sexual Misconduct under this Student Conduct Process, a report can be made to the Title IX Coordinator in the Office for Equity and Diversity (328-6804), the ECU Deputy Title IX Coordinator in the Dean of Students Office (328-9297), the ECU Police (328-6787), and/or to the U.S. Department of Education's Office for Civil Rights (800-421-3481).

2.3.2.    Non-consensual sexual contact occurs when a person subjects another person to sexual contact without having first obtained explicit consent or when s/he knows or should have known that the person was incapable of giving consent because of mental incapacitation, mental disorder, or physical helplessness. Sexual contact includes, but is not

limited to, kissing, touching of the genitalia, anus, buttocks or breast of a person. Sexual penetration includes any insertion, however slight, of the penis, finger(s) or any object into the vagina or anus, or the insertion of the penis into someone's mouth.

2.3.3.   Consent is explicit approval and permission to engage in sexual activity demonstrated by clear actions, words, or writings. Consent is informed, freely given and mutually understood by all parties involved. If coercion, intimidation, threats, and/or physical force are used, there is no consent. If the Complainant was mentally or physically incapacitated or impaired so that the Complainant could not understand the fact, nature, or extent of the sexual situation, there is no consent; this includes conditions due to alcohol or drug consumption, or being asleep or unconscious, or under the age of legal consent, or unable to give consent under current law. Silence does not necessarily constitute consent, and past consent of sexual activities does not imply ongoing future consent. Whether the Respondent has taken advantage of a position of influence over the Complainant may be a factor in determining whether consent was freely given.  Consent to some form of sexual activity cannot be automatically taken as consent to any other form of sexual activity.  Consent can be withdrawn at any time.

2.4.   Harassment, Threats, Bullying or Intimidation: Directing action toward a particular individual or group in a manner which is unwelcome and, under the totality of the circumstances, is so severe or pervasive, and objectively offensive that it undermines and/or detracts from the target's academic pursuits, participation in University-sponsored activities, or employment effectively denying equal access to University resources and opportunities.

2.4.1.   Engaging in conduct directed at a specific person, group, or entity in a manner that would cause a reasonable person to fear for one's safety, the safety of others, or the loss of or damage to property or that is defamatory.

2.4.2.   East Carolina University will also enforce the University of North Carolina Policy 700.4.2, which states:
2.4.2.1.   No student shall threaten, coerce, harass or intimidate another person or identifiable group of persons, in a manner that is unlawful or in violation of a constitutionally valid University policy, while on University premises or at University-sponsored activities based upon the person's race, color, religion, national origin, gender, sexual orientation, gender-identity, creed, disability, or veteran status.

2.4.2.2.   No student shall engage in unlawful harassment leading to a hostile environment. Unlawful harassment includes conduct that creates a hostile environment by meeting the following criteria.  It is:

a.  directed toward a particular person or persons;

b.  based upon the person's race, color, religion, national origin, gender, sexual orientation, gender-identity, creed, disability, or veteran status;

c.  unwelcome;

d.  severe or pervasive;

e.  objectively offensive; and

f.  so unreasonably interferes with the target person's employment, academic pursuits, or participation in University-sponsored activities as to effectively deny equal access to the University's resources and opportunities.

2.4.2.3.   In determining whether student conduct violates these provisions (2.4.2.1. or 2.4.2.2.), all relevant facts and circumstances shall be considered. Care must be exercised in order to preserve freedoms of speech and expression, as articulated in current legal standards.

2.5.   Hazing: Acting in a manner that would subject another student to physical injury or mental or emotional harm as part of an initiation, or as a criterion of membership, into any organized University group, including any society, military groups, athletic team, fraternity or sorority, or other similar group. Planning or preparing to engage in hazing activity is also a violation of the Code. The expressed or implied consent of participants will not prevent disciplinary action.

2.5.1.   Examples of hazing activities include, but are not limited to, forced consumption of any solids or liquids, acts of humiliation or disgrace, paddling, damaging/destroying private or public property, or being forced or coerced to violate laws or University policies.

2.5.2.   Any recognized student organization wishing to implement a new member intake process must submit its plan to the respective University department responsible for the organization, such as, Greek Life, Campus Recreation and Wellness, or Student Activities and Organizations. Once the plan is approved by the department, the organization cannot deviate from it without prior authorization from the department. A deviation from the approved plan may constitute a violation of the Code. Conducting a new member intake process without an approved plan is a violation of the Code.

2.5.3.   Hazing of any member of the University community by any

individual or group will not be tolerated and may result in sanctions for an individual and/or organization.

2.5.3.1.   Nothing in this provision is intended to prohibit (1) customary public athletic events, contests or competitions that are sponsored by the University, or the organized and supervised practices associated with such customary events; (2) activities and conduct that furthers the goals of a military training program; (3) a legitimate educational curriculum; or (4) extracurricular activity defined and approved by the University.

2.6.   Weapons: Possessing, distributing, using, manufacturing, assembling, storing, transporting, selling, purchasing, or acquiring any weapons as defined in this policy on property owned or controlled by the University, including ECU vehicles is a violation of the Code, with the exception of a handgun possessed pursuant to a concealed handgun permit and stored according to law.  Possessing any illegal weapons, including nuclear/biological/chemical weapons, or home-made weapons, either on- or off-campus. This provision also applies to students on the way to and present at any off-campus curricular and extracurricular activity sponsored by the University. Illegally concealing any weapon is a violation of the Code.

2.6.1.   Weapons include, but are not limited to, objects defined in the "Regulation Concerning Weapons on Campus".  Examples of weapons are:  guns, rifles, pistols, bb guns, air rifles, air pistols, paintball guns, crossbows, arrows, fireworks, dynamite, bombs, grenades, mines, powerful explosives, bullets or ammunition cartridges, nunchuks, slingshots, leaded canes, blackjacks, metallic knuckles, martial arts weapons, throwing stars, Kamas, axes, razor blades, ice picks, dirks, daggers, swords, bowie knives, switchblade knives, butterfly knives, other knives with blades three or more inches in length, tasers, and stun guns.

2.6.2.   Any item used or possessed for purposes of use as a weapon will be considered a weapon under this policy.

2.7.   Disruptive Conduct: Being disruptive or disorderly in a manner that interferes with the function of the University or interferes with conduct of others, including law enforcement officers, who are on-campus or off-campus. Refusing or failing to submit appropriate identification or refusing to comply with a request from an identifiable University official acting on behalf of the University.

2.8. Theft: Stealing or attempting to steal property, including intellectual property, or services of any person or entity. Receiving, possessing, or selling/giving away such property when the student recognizes, or should have recognized, that the property was stolen. Selling books or helping sell books without the owner's permission is an example of theft.

2.9. Vandalism, Defacement, or Misuse of Property: Defacing, destroying, damaging, or misusing private, University, or other public properties.

2.10. Trespassing and Unauthorized Use of Property: Entering or using university facilities and/or the personal property of others without explicit permission. This includes but is not limited to, unauthorized access to residence halls, vehicles, stadiums and fields, as well as unauthorized possession, duplication, or use of the property of others or the University.

2.11. False Information, Forgery, and Fraud: Publishing and/or circulating false information that is harmful to others. Providing false information to the University, including on an application required to participate in a University activity.

2.11.1. Altering, forging, or misusing documents or property which might include, but is not limited to, money, charge cards, checks, personal information, ECU One Cards, grade reports, transcripts, and parking tags. Possessing altered or forged documents or property, such as a fictitious driver's license. Deceitfully using the personal information of others.

2.12. Having Knowledge of or Assisting with a Violation: Having knowledge of, being present during, instigating, encouraging, or facilitating a violation of the Student Code of Conduct.

2.13. Gambling: Placing a bet or wager on an uncertain outcome for money or other items of value unless permitted by law.

2.14. Hindering the University Conduct Process: Coaching, intimidating, retaliating against, or otherwise influencing witnesses, Conduct Board members, conduct administrators, and other participants in the conduct process. Failing to provide the University with relevant information regarding a conduct case as a witness, except in instances where such failure would require a student to identify his/her own

violation of the Code.  Failing to abide by sanctions, including bans.

2.15.    Violation of University Policies: Violating University policies including, but not limited to those listed in the related policy section of this regulations and the University Policy Manual. Violations of campus or University policies, rules or regulations, or federal, state, or local law may result in a violation of the Student Code of Conduct and imposition of sanctions.

3.    Sanctioning. Violations of the Student Code of Conduct, will result in educational and/or disciplinary consequences called sanctions. Sanctions are designed with the intent of educating Respondents and protecting the ECU community. No sanctions will be enforced until all reviews have been exhausted with the exception of administrative actions taken to protect members of the ECU community. Each student who has been found responsible for violating the Student Code of Conduct shall be notified in writing of the appeal rights as they pertain to her/his case.

3.1.    Immediate Administrative Actions:  The Office of Student Rights and Responsibilities, in conjunction with appropriate University administrators, may take interim action pending the resolution of a conduct case in order to preserve the safety and well-being of the ECU community and its members. These actions include, but are not limited to, counseling assessment and/or treatment, restriction of access or privileges, no-contact ban or removal from classes, and administrative suspension. For cases specific to sexual misconduct, the University may take interim measures to protect the Complainant in the educational setting or workplace based on the facts specified in the allegation, including but not limited to:  minimizing contact with the Respondent and allowing the Complainant to change academic and extracurricular activities or his or her living, transportation, dining, and working situation as appropriate.

3.1.1.    Both Complainants and Respondents in cases specific to sexual misconduct, will be provided information about available on and off campus resources, including but not limited to: victim advocacy, counseling/mental health services, disability support services, health services, and explanation and assistance regarding reporting a crime to campus or local law enforcement.

3.1.2.    Administrative suspension is the immediate separation of the

student from enrollment at the University. Administrative suspension becomes effective immediately whenever there is information that the continued presence of the student on University property poses a substantial threat. A substantial threat might include, but is not limited to, threatening the safety of any person, significantly harming or attempting to harm someone, threatening to cause or causing significant property damage, and interfering with the stability and continuance of University functions.

3.1.3.  If the circumstances permit, an OSRR administrator will meet with the student to be placed on administrative suspension to explain the allegation and to give the student an opportunity to respond. A student on administrative suspension has a right to appeal this administrative action within five calendar days to the Dean of Students. While the Dean of Students is reviewing the appeal, the student shall remain on suspension.

3.1.4.  In order for an administrative suspension to be modified the student must show that the action was arbitrary or capricious, there was a procedural error, or that there is substantial new information mitigating the situation. The Dean of Students will review (1) the reliability of the information concerning the student's behavior; (2) whether or not the conduct and surrounding circumstances reasonably indicate that the continued presence of the student poses a substantial threat to others, to property, or to the stability and continuance of normal University functions; and/or (3) whether or not the student has complied with the directives of the conduct administrator placing the student on administrative suspension. The decision of the Dean of Students shall be final.

3.1.5.  Students who are administratively suspended are entitled to participate in the ECU conduct process while separated from the University.

3.2.  Guidelines for Sanctioning. When determining sanctions, conduct administrators and members of the Student Conduct Board take into account the nature and seriousness of the violation, the impact of the violation on the community, the Respondent's past conduct history, as well as the Respondent's developmental needs, and mitigating or aggravating factors existing at the time of the offense, which may include, but are not limited to: past disciplinary record, the nature of the misconduct (i.e. the Respondent was acting under duress or a mental condition; played a minor role in the commission of the offense;

knowingly exposed others to a significant risk; convinced others to participate due to a position of leadership, dominance, trust or confidence; or the offense involved weapons or was especially heinous), as well as other relevant information regarding the degree of any damage, injury, or harm resulting from it. Multiple sanctions may be imposed for one violation.

3.2.1.   Violations of the Code that involve alcohol, drugs, weapons, hazing, substantial theft or fraud, physical harm to persons or property, sexual misconduct, other actions that create a substantial risk of harm to others or the University, or accumulation of multiple violations of the Code might result in suspension or expulsion from the University.

3.2.2.   Determinations made or sanctions imposed under the Student Code of Conduct will not be subject to change solely because criminal charges arising from the same facts giving rise to a violation of the Code were dismissed, reduced or resolved in favor of or against the criminal law defendant.

3.2.3.   The University reserves the right to enhance sanctions for violations which are believed to have been motivated based on the person's race/ethnicity, color, religion, national origin, sex, sexual orientation, gender-identity, gender expression, age, creed, disability, genetic information, political affiliation, or veteran status.

In the event a student is found responsible for such a bias-motivated violation, the sanction imposed should be more serious than that appropriate for only the underlying violation. A finding that a violation constitutes a bias-motivated violation requires a separate finding to that effect by the conduct administrator or the Conduct Board.

3.3.   Range of Sanctions: The range and explanation of sanctions is provided below.

3.3.1.   Warning: A written notification informing the student that the University considers the student's behavior inappropriate and that the student needs to change this behavior.

3.3.2.   Probation: A period of time during which the student's behavior is under University review.   Probation is intended to communicate to the student that the University considers the student's behavior inappropriate and that further violations will result in more severe consequences, which may include suspension or expulsion.   A

student on disciplinary probation shall be ineligible to hold any office or participate in any activity in which the student represents the University or a University-recognized student organization either within or outside the University community. These activities and organizations may include, but are not limited to, leadership of a student organization as well as in the Student Government Association, varsity athletics, and club or extramural sports. For example, a student on disciplinary probation may remain a member but may not accept or continue to hold a leadership post in a student organization; may remain on a team and practice, but may not participate in an official varsity athletics or extramural game/contest; may remain a member of a musical group, but may not perform in a public concert; may not run for office and, if already elected, is suspended from service as an officer in a registered student organization. Probation shall be served during the student's active terms of enrollment at the University.

    3.3.2.1. Students placed on disciplinary probation shall be required to notify the department or entity governing the University or University-recognized activity, function, or position of their probation and their ineligibility to participate. University employees who have duties related to any University or University-related function, activity or organization in which the student is prohibited from participating are considered University officials to whom the student's ineligibility may be disclosed if and as necessary for the employee to fulfill his or her duty.

    3.3.2.2. In enforcing this provision, OSRR will periodically review rosters of University and University-recognized student organizations to identify any students on probation that may be violating this provision.

    3.3.2.3. A student found in violation of the terms of his or her probation may be subject to additional disciplinary action as noted above.

    3.3.3. Service: Service hours completed at an approved service site. A student might be given up to sixty hours of campus service in response to one finding of responsibility and up to sixty calendar days to complete the service.

    3.3.4. Educational Task: A task designed to provide the student with an opportunity to examine her/his actions and their impact on self and/or on the community.

    3.3.5. Counseling: Assessment and counseling and/or treatment provided by the Center for Counseling and Student Development. A student referred for assessment must comply with the recommendations

of the counselor. Information shared with a counselor is confidential; however, OSRR is advised about the overall results of the student's assessment, attendance and quality of participation in counseling. Under certain circumstances, the student might be referred for off-campus counseling/treatment. The student will assume all responsibility for off-campus counseling fees.

3.3.6.    No Contact Ban: A ban requiring the student to have no contact with a designated individual. Verbal, written, and physical contact or third party contact is prohibited.

3.3.7.    Restricted Privileges: A period during which the student's privilege of using University facilities or participating in University functions is modified or limited. Depending on the circumstances, restrictions might be structured to allow a student to attend class, participate in a job or internship, or use the library. A student with restricted privileges might not be eligible, for example, for early arrival on campus, extended stays in residence halls, representing the University in competition or other official capacities, campus employment, and campus leadership opportunities.

3.3.8.    Restitution: Reimbursement to the person or entity harmed by the violation.

3.3.9.    Suspension: A temporary separation from enrollment at the University for a defined period of time. Suspended students are banned from the University premises during the period of suspension and might be required to complete specified sanctions prior to reenrollment. Completion of the suspension period and other assigned sanctions does not automatically grant suspended students the right to return to the University community. All suspended students must petition the Office of Student Rights and Responsibilities for readmission.  A committee will consider the petition and make a recommendation to the Vice Chancellor for Student Affairs, or designee. Suspension shall be served during the student's active terms of enrollment at the University.

3.3.10.    Expulsion: Permanent separation from enrollment at the University and at any other member institution of the University of North Carolina. Expelled students are banned from University premises. With the exception of review of a case due to the receipt of new information as outlined in section 5.5.9, below, only the Chancellor may amend this sanction to suspension if the student petitions the University demonstrating significant growth and contribution to society indicating

that the individual should be given a new opportunity to pursue higher education. Such petitions can be filed with the Office of Student Rights and Responsibilities after a minimum of five years of the completion of the conduct case. A student who has been expelled from the University may not be admitted to another constituent institution of the University of North Carolina, unless and until the sanction of expulsion has been rescinded by the University.

3.3.11.    Revocation of Degree: Revocation of an awarded degree for a serious violation of the Code that occurred prior to graduation, but which was discovered after a student had graduated from the University.

3.3.12.    Failure to Comply with Sanctions: Office of Student Rights and Responsibilities monitors sanctions to ensure compliance. Students who do not complete sanctions within the specified time might not be permitted to enroll for courses or might be suspended until they complete their sanctions. Students who leave the University prior to the completion of sanctions might not be allowed to reenroll until proof is provided that the sanctions imposed have been completed.

3.3.13.    Sanctions for Student Organizations: Student organizations registered with the Student Organization Center, the Office of Greek Life, Academic departments, Campus Recreation and Wellness, Military groups, Athletics, or another unit of the University might be sanctioned under the Student Code of Conduct. At the discretion of the Director of the Office of Student Rights and Responsibilities, any allegations of misconduct will be co-investigated by OSRR or its designee and the unit administratively associated with the student organization.

3.3.13.1.    Sanctions for student organizations may be coordinated with the unit administratively associated with the student organization, and may include: restriction of organizational privileges for a stated period of time; loss of privileges including, but not limited to, access to reserving rooms, use of campus facilities and services, representation at an event, or a reduction or revocation of student fee funding. Organizational privileges might also be suspended for a stated period of time including, but not limited to, recruiting of new members, participating in intramural sports, and holding events or meetings in campus facilities. Organizations might be required to complete specified sanctions or educational tasks prior to having privileges reinstated. Organizations might also have their University recognition revoked as a consequence of a Code violation.

4. Respondent and Complainant Rights and Responsibilities

4.1. Respondent Rights and Responsibilities: A student whose conduct is under review is a Respondent and has the following rights and responsibilities. The Respondent might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so. An organization whose conduct is under review is entitled to the rights listed below and its president will be required to identify a representative as a Respondent.

   4.1.1. Respondent Rights:
      4.1.1.1. The right to an objective and impartial evaluation of the complaint.
      4.1.1.2. The right to be present during the meeting with a conduct administrator or during the Conduct Board hearing.
      4.1.1.3. The right to reasonable access to all information gathered throughout the evaluation pertinent to the alleged violation.
      4.1.1.4. The right to present information relevant to the alleged violation, including inviting witnesses.
      4.1.1.5. The right to respond to information presented against her/him.
      4.1.1.6. The right to a separate meeting with a conduct administrator or Conduct Board hearing in cases involving multiple Respondents.
      4.1.1.7. The right not to provide information with the understanding that the University will make a determination without the Respondent's information.
      4.1.1.8. The right, after receiving written notice of the outcome, to review of the decision, including to appeal as described in section 5.5.
      4.1.1.9. The right to be represented, at the student's expense, by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1. A Respondent represented by an attorney or non-attorney advocate is expected to attend all scheduled meetings and hearings.
      4.1.1.10. The right to be informed of pertinent University-based support services.

   4.1.2. Respondent Responsibilities:
      4.1.2.1. The responsibility to be honest and direct in communicating with individuals involved in the conduct process.
      4.1.2.2. The responsibility to review pertinent conduct process policies and procedures and to seek clarification if necessary.
      4.1.2.3. The responsibility to respond in a timely manner to

University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.

4.1.2.4.    The responsibility to provide the decision-maker with pertinent information that the Respondent would like considered in the review of the alleged violation.

4.1.2.5.    The responsibility to participate in the conduct process in a manner that is civil and respectful.

4.2.    Complainant Rights and Responsibilities:    Any ECU student, faculty, or staff member who has been negatively influenced by the alleged behavior of a student, may file a complaint against that student, and be designated by the Office of Student Rights and Responsibilities as a Complainant.  Complainants have the following rights and responsibilities. The Complainant might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so.

4.2.1.    Complainant Rights

4.2.1.1.    The right to an objective and impartial evaluation of the complaint.

4.2.1.2.    The right to present information relevant to the alleged violation, including inviting witnesses.

4.2.1.3.    The right to submit a written impact statement.

4.2.1.4.    The right, after receiving written notice of the outcome, to review the decision, including if permitted under ECU policies and local, state, and federal laws.

4.2.1.5.    The right to be informed of pertinent University-based support services and to be presented with an option of reporting the incident to law enforcement, if appropriate.

4.2.1.6.    For cases specific to sexual misconduct, the Complainant is entitled the rights enumerated in 4.1.1, above, such as the right to an observer/support person at the hearing; to have the same access to the proceedings as the Respondent, including the ability to question witnesses; to be free of irrelevant questions about sexual history; and to appeal a decision based on grounds described in section 5.5.  In cases where the Respondent has an attorney present at the hearing, the Complainant also may have an attorney, at the Complainant's own expense, present at the hearing.

4.2.2.    Complainant Responsibilities

4.2.2.1.    The responsibility to be honest and direct in communicating with individuals involved in the conduct process.

4.2.2.2.    The responsibility to review pertinent conduct process

policies and procedures and to seek clarification if necessary.

    4.2.2.3.   The responsibility to respond in a timely manner to University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.

    4.2.2.4.   The responsibility to provide the decision-maker with pertinent information that the Complainant would like considered in the review of the alleged violation.

    4.2.2.5.   The responsibility to participate in the conduct process in a manner that is civil and respectful.

4.3.   If either the Respondent or the Complainant believe that due to the conduct administrator's previous knowledge, experience, belief, or emotion may unduly influence the decision-making either positively or negatively, the Complainant or Respondent may request a different conduct administrator.

4.4.   Students have the responsibility to update personal contact information on their One-Stop account as soon as it changes and to consistently monitor their ECU e-mail account and telephone answering equipment, as the University frequently communicates through these modes. U.S. Post letters will be sent to the local address provided by the student in the One-Stop system or to the permanent address if attempted contact with the student through other means is unsuccessful.

5.   Student Conduct Hearing Procedure

5.1.   The student conduct hearing procedure described below is used to address alleged violations of the Code, except for alleged academic integrity violations, which are resolved through the conduct process outlined in the Academic Integrity Policy and any other applicable campus policies and procedures, such as those enforced by the Division of Research and Graduate Studies. Some behaviors described as violations under the Code also may be violations of the rules and policies of organizations to which the student belongs, other university units, of city ordinances, and/or state or federal law. When such violations occur, the student or student organization might be held accountable in multiple venues.

    5.1.1.   Alleged violations of a minor nature occurring in a residence hall may be reviewed under the Code by Campus Living staff as assigned by Campus Living. Campus Living staff will not address cases involving drugs, weapons, sexual assaults, serious bodily harm or

property damage without prior approval from the Director of OSRR. OSRR will address all incidents which might result in suspension or expulsion.

5.1.2.    The ECU conduct process functions independent of the criminal justice system. At the student's expense, s/he may be represented by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1.

5.1.3.    The standard used throughout the conduct process to reach case resolution is preponderance of the evidence. This  standard will be used to evaluate the evidence for purposes of making findings and drawing conclusions for an investigation conducted under this regulation; meeting the standard constitutes a conclusion it is more likely than not that the alleged conduct occurred. Formal rules of evidence do not apply to student conduct cases.

5.1.4.    The Respondent has a right to have a non-participating support person present with her/him throughout the conduct process. The support person is not permitted to actively participate in the process, but is simply to provide comfort to the Respondent. If the Respondent chooses to have a licensed attorney or non-attorney advocate as outlined in 4.1.1.9, in a Student Conduct Board Hearing as outlined in section 5.4, the Respondent will not be permitted to have a non-participating support person present.  In the meetings with a Conduct Administrator, as described in sections 5.2 and 5.3, students may have both one (1) licensed attorney or non-attorney advocate as outlined in 4.1.1.9, and one (1) non-participating support person.

5.2.    Initial Intake

5.2.1.    All complaints will be reviewed by the OSRR Director or designee to determine whether or not the reported behavior is governed by the Code. Anonymous complaints may result in a formal charge if they contain sufficient information to independently establish a violation of the Code. Allegations may also be addressed with education and through referrals to on and off campus resources, if appropriate.

5.2.2.    The University does not tolerate retaliation against individuals who file a complaint. Students who retaliate against such persons will be held accountable under the Code. It is the responsibility of the target of the retaliation to immediately report the behavior to OSRR.

5.2.3.　The determination to investigate a conduct case will be made within a reasonable period of time after receipt of a complaint. If it is believed that the behavior is governed by the Code, the student will be invited to a gathering of information meeting with a conduct administrator.

5.2.4.　The Respondent may request a reasonable postponement of the meeting by contacting the conduct administrator in writing no less than two calendar days before the scheduled meeting. The Respondent will need to explain why s/he is requesting a different meeting date or time and will need to provide an alternate meeting date and time. The conduct administrator will make the final determination of the meeting date and time. If the Respondent does not appear for a scheduled meeting, the University reserves the right to make a determination in the student's absence.

5.2.5.　After a gathering of information meeting, a determination will be made as to whether formal charges will be pursued. If a student is to be formally charged with a potential violation of the Student Code of Conduct, the student will receive written notification regarding a follow up meeting, which will include written notice of the allegation, with a brief summary, and the meeting date and time, as well as possible sanctions.
　5.2.5.1.　If the alleged violation might result in a sanction that is other than suspension or expulsion, the hearing with the conduct administrator, described in 5.3, below, will take place no earlier than five calendar days after the meeting notice is sent to the student via letter or e-mail, unless the student requests an earlier date.
　5.2.5.2.　If the alleged violation might result in suspension or expulsion the matter will be referred to the conduct board, described in 5.4, below, and will take place no earlier than ten calendar days after the meeting notice is sent to the student via letter or e-mail, unless the student requests an earlier date.  In charges that might result in expulsion, the student will be informed that expulsion precludes matriculation at any UNC constituent institution.

5.2.6.　If the Respondent fails to meet with the conduct administrator or board after being properly notified, the case will be decided on the basis of information gathered by the conduct administrator or board.

5.2.7.　If the administrator believes that there was no violation or there is insufficient information to make a determination, the conduct case will be closed.

5.3.  Hearing with a Conduct Administrator

5.3.1.  The Respondent will meet with a conduct administrator to discuss the reported behavior. In this hearing, the administrator will review all available, relevant information and will determine by a preponderance of the evidence whether or not a violation of the Code occurred.

5.3.2.  The Respondent or Complainant may request a reasonable postponement of the hearing by contacting the conduct administrator in writing no less than two calendar days before the scheduled meeting. The Respondent will need to explain why s/he is requesting a different meeting date or time and will need to provide an alternate meeting date and time. The conduct administrator will make the final determination of the meeting date and time. If the Respondent does not appear for a scheduled meeting, the University reserves the right to make a determination in the student's absence.

5.3.3.  If the conduct administrator determines that a violation did occur, s/he will either assign appropriate sanctions and will notify the Respondent in writing within ten calendar days of the date of the decision was made. The letter will include a brief summary of the information upon which the decision was based and will outline Respondent's right to appeal the decision to the Director of OSRR or designee.

5.3.4.  Prior to a hearing, the Respondent may make an appointment in OSRR to review the information and witness lists to be presented at the hearing.

5.4.  Student Conduct Board Hearing

5.4.1.  As indicated above, Student Conduct Board hearings will be convened when the Respondent's case involves possible sanctions of suspension or expulsion. The student will be notified by the Office of Student Rights and Responsibilities in writing of the charge, a brief summary of the allegation, possible sanctions, and the hearing date and time. The hearing will take place at least ten calendar days after the student is notified via letter or e-mail, unless the student agrees to an earlier hearing date.

5.4.2.  The Respondent or the Complainant may request a reasonable

postponement of the hearing by delivering a request to OSRR in writing no less than two calendar days before the hearing. The person requesting the postponement will need to explain why s/he is requesting a different hearing date or time and will need to provide an alternate hearing date and time. OSRR will make the final determination of the hearing date and time. If the Respondent or Complainant does not appear for a scheduled hearing after being properly notified, the University reserves the right to make a determination in the individual's absence

5.4.3. Hearing Panel Composition. The hearing panel is composed of three students, one faculty member, and one staff member of the Student Conduct Board. One of the student members will be the Chair, who will direct the hearing process and make determinations about what information is relevant to the proceedings. The Chair is responsible for ensuring an orderly hearing and, therefore, may remove any person who, in her/his discretion, interferes with the work of the panel. The Chair will facilitate the panel's discussion regarding the case and will vote only in the event of a tie. It is the Chair's responsibility to write a rationale for the panel's decision. In cases of alleged sexual misconduct/violence the hearing panel shall be composed of two faculty members and three staff members.

5.4.3.1. The Respondent or the Complainant may challenge the participation of any panel member due to her/his previous knowledge, experience, belief, or emotion that would unduly influence decision-making either positively or negatively. The challenging party will be asked to provide specific reasons for the challenge. The Chair, along with the hearing advisor (a professional OSRR staff member), will determine whether the identified panel member should be removed from the case. If the removal of a panel member results in less than five panel members being able to serve, the Respondent will be given an option to continue with the existing panel or to reschedule the hearing in order for the case to be reviewed by a full five-member panel.

5.4.4. Hearing Outline. During the hearing, the panel will review all available, relevant information and, based on a preponderance of the evidence standard, make a determination as to whether or not a violation of the Code had occurred. A hearing will be divided into two parts: (1) the presentation of the facts and (2) if the panel finds the student responsible, the panel will determine sanctions.

5.4.4.1. A Student Case Presenter (a trained Student Conduct Board member) will outline the basic facts of the case gathered by the University. The Respondent and Complainant will be afforded an opportunity to speak to the panel. The panel will also have an

opportunity to ask questions of all involved.

5.4.4.2.   Once all relevant information has been presented, the panel along with the hearing advisor will remain in the hearing room and all other participants will be dismissed, while the panel deliberates regarding a finding of responsibility.

5.4.4.3.   The panel will reconvene the meeting and announce its decision. If the student is found responsible, s/he may invite two character witnesses to give information and testimonials and may submit letters attesting to her/his character.  The Complainant may provide an impact statement to the panel.

5.4.4.4.   The panel will then recess to deliberate appropriate sanctions, and reconvene the meeting to announce its decision.  The decision will also be shared with the Respondent in writing within ten calendar days of the date the decision was made. The letter will include a brief summary of the information upon which the decision was based and, will outline Respondent's appeal rights.

5.4.5.   The hearing will be audio recorded; however, recording quality problems and/or malfunctions will not invalidate or nullify the decision of the panel.

5.4.6.   The Student Conduct Board hearings are closed to the public.

5.5.   Appeals

5.5.1.   During an appeal, the appealing party has the burden of showing either (1) a violation of due process; or (2) a material deviation from Substantive and Procedural Standards adopted by the Board of Governors. In cases related to sexual misconduct, either the Respondent or the Complainant may file an appeal in accordance with the procedures outlined in this section.

5.5.1.1.   Material Deviation from Procedural Standards means that the Respondent was not provided the required notice or an opportunity for a fair hearing due to specified procedural errors, or errors in interpretation of University policies or regulations, that were so substantial as to effectively deny the Respondent a fair hearing. Reasonable deviations from the procedures set out in this regulation will not invalidate a decision or proceeding unless the Respondent can show that, but for the deviation or error, there likely would have been a different outcome in the case.

5.5.1.2.   Material Deviation from Substantive Standards means that there is a lack of information in the record that could support the

decision or sanction(s). This does not mean the information presented at the hearing can be re-argued on appeal; rather, it requires a showing that no reasonable person could have determined the Respondent was responsible or could have imposed the sanction that was issued, based on the information in the record.

5.5.2. The student must specify in writing ("appeal letter") which grounds form the basis for her/his appeal. The student must provide factual information to support her/his claim and explain what outcome s/he is seeking. The student has a right to be assisted in preparing her/his written challenge by a Student Advisor (a trained Student Conduct Board member) or by a licensed attorney or non-attorney advocate. The Student Advisor's responsibility is to guide the student through the conduct process, to answer any conduct process-related questions, and to assist with the securing of information from the University. This individual may continue to assist the Respondent throughout the appeal process.

5.5.3. The appeal letter must be dated, signed by the student, and received by OSRR within five calendar days from the date that the written decision on sanctions is provided to the student, either by hand delivery or by delivery or attempted delivery through e-mail or postal mail. Appeals should be directed to osrr@ecu.edu; or 364 Wright Building. Failure to deliver the written notice of appeal within this time limit will render the decision of the conduct administrator final and conclusive. An extension of time may be requested within the five day limit, but it is within the discretion of OSRR to grant or deny such requests.

5.5.4. OSRR will review the appeal within five calendar days of receipt. Appeals will be limited to the record of the hearing, including the supporting documents provided by the Respondent and available records ("written record") within the Office of Student Rights and Responsibilities.

5.5.5. In appeals from a hearing with the conduct administrator, the Director of OSRR or designee will review the written record and make a determination as to whether a decision should be altered. If the OSRR Director or designee determines that an appeal is not granted, the decision of the conduct administrator and any assigned sanctions will go into effect and the student will have no further appeal opportunities. The Director of OSRR or designee's decision is final.

5.5.6. In appeals from a hearing before the Conduct Board where

suspension is assigned, the Director of OSRR will compile the written record and provide it to the Vice Chancellor for Student Affairs or designee who will make the final determination.

5.5.7.    In appeals from a hearing before the Conduct Board where expulsion is assigned, the Director of OSRR will compile the written record and provide it to the Vice Chancellor for Student Affairs who will make the final determination. If the Vice Chancellor determines that the student should be expelled from the University, the student has the right to file an appeal by following the process described in 5.6.

5.5.8.    The final decision in cases where suspension or expulsion is the sanction will be made within 45 calendar days after the hearing and will be shared with the Respondent in writing within ten calendar days of the date the decision was made. The letter will include a brief summary of the information upon which the decision was based and any appeal rights.

5.5.9.    New Information. Requests for reconsideration based on new information, sufficient to alter a decision and not reasonably available at the time of the decision, should be directed to the original decision-maker. A Complainant or Respondent has one calendar year after the final imposition of sanctions by the University to present new information.

5.6.    Appeal of Expulsion

5.6.1.    Should the Vice Chancellor for Student Affairs determine that a student should be expelled; the student has the right to appeal the decision to the East Carolina University Board of Trustees. The student should send a written appeal by certified or registered mail, return receipt requested, or by another means that provides proof of delivery to the Assistant Secretary to Board within ten calendar days after the notice of the Vice Chancellor's decision is sent to the Respondent. A copy should also be provided to the Office of Student Rights and Responsibilities and the Vice Chancellor for Legal Affairs and University Counsel. If the appeal is received in a timely manner, the Board of Trustees will establish a schedule for its review. If the Respondent fails to comply with the schedule, the Board of Trustees may dismiss the appeal.

5.6.2.    Should the Board of Trustees uphold the decision of the Vice Chancellor to expel a student, the student has a right to appeal the

decision to the Board of Governors of the University of North Carolina. The written appeal should be sent by certified or registered mail, return receipt requested, or by another means that provides proof of delivery, to the President of the University of North Carolina within ten calendar days after the notice of the University Board of Trustee's final decision is sent to the Respondent. The correspondence should be mailed to Office of the President, University of North Carolina, c/o Vice President and General Counsel, P.O. Box 2688, Chapel Hill, NC 27515-2688. A copy should also be provided to the Office of Student Rights and Responsibilities and the Office of the Vice Chancellor for Legal Affairs and University Counsel. The decision of the Board of Governors is final.

6.   Records

6.1.   Family Educational Rights and Privacy Act of 1974: Conduct case information is recorded and maintained by OSRR in compliance with the Family Educational Rights and Privacy Act of 1974 (FERPA). Generally, information contained in OSRR files that personally identifies a student will not be released without the written and dated consent of the student identified in the record.   However, disciplinary records may be shared with third parties to the extent allowed under FERPA. Victims of violence will be notified of the final disposition of the case to include the name of the Respondent; the letter of the alleged violation committed; the findings supporting the conclusion; the sanctions imposed, if any; the duration of the sanctions; and the date the sanctions were imposed. For specific information on FERPA, please contact the Registrar's Office.

6.2.   Maintenance of Records: Conduct records are maintained by the Office of Student Rights and Responsibilities for at least eight years from the completion of the last sanction imposed. Records of students, who have been suspended, expelled, and of those who have a pending case or have not completed sanctions are kept indefinitely.

6.3.   UNC Suspension/Expulsion Database: Information about students who are suspended, expelled, or have serious pending cases is entered into a UNC database, where it is stored permanently. All UNC constituent institutions have access to this information.

6.4.   Transcript Notation: Conduct suspensions and expulsions will be permanently marked on the student's transcript.

6.5.    Awarding of Degrees: The University does not award degrees solely because a student successfully completed all academic requirements. Violations of the Student Code of Conduct, including academic and non-academic violations, might result in a degree not being awarded. When a student has a disciplinary complaint pending, the awarding of the degree might be delayed until the complaint is resolved and, if imposed, the sanctions have been completed.

6.6.    Withdrawal: Students with a pending conduct case will not be permitted to withdraw from the University without first resolving the case or receiving permission from the Director of OSRR to do so.

6.7.    Continual Enrollment: Students with a pending conduct case might be prohibited from future enrollment until the conduct matter is resolved by the University.


7.    Review of the Conduct Process

7.1.    The Director of the Office of Student Rights and Responsibilities will convene the Conduct System Review Committee every three years. This committee will assess the effectiveness of the conduct process and related policies and recommend any changes in policy, procedure, or the Code to the Chancellor.

7.2.    The Committee shall be composed of two students appointed by the President of the Student Government Association, two staff members appointed by the Chair of the Staff Senate, and two faculty members appointed by the Chair of the Faculty Senate. The Dean of Students or designee shall serve as a chair of the Committee, voting only if there is a tie.

7.3.    The Director of OSRR shall present a report to the Vice Chancellor for Student Affairs reflecting information regarding the state of the conduct system no later than June 30th of the review year. The Director of OSRR and other staff members directly involved in the conduct process shall serve as non-voting members of the Committee. The Director of OSRR is permitted to convene the Committee outside of the typical three-year review cycle when necessary.

November 24, 2015

John Doe

Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 

Dear John Doe ,

This letter serves as an official directive from the Office of Student Rights and Responsibilities ("OSRR" or "this Office") and East Carolina University {"ECU") that you have no contact with Jane Roe and/or M.K.

Should you contact Jane Roe and M.K. in person, by telephone, email, text message or other electronic means of communication, or through a third party (other than an attorney) our office will take immediate action. Should you need to contact Jane Roe and M.K. , you are to do so via this office.

Jane Roe and M.K. have been notified of this directive. Please take notice that this directive remains in effect until you receive further communication from this Office notifying you of its end date.

Failure to comply with this directive may constitute retaliation, and may result in disciplinary action, including possible suspension or expulsion from East Carolina University.

If you have questions about this request, please contact our office immediately at 252-328-6824 or reply to this email.

Thank you for your cooperation in this matter.

Regards,

Kristan Tucker

Kristan Tucker
Title IX investigator

Enclosure

CC:    wordlowt@ecu.edu
       harrellea@ecu.edu
       messerlim@ecu.edu

East Carolina University is a constituent institution of the University of North Carolina.  An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.

Case 4:18-cv-00137-BO    Document 44-7    Filed 10/23/18    Page 72 of 78



**East Carolina University**
Office of Student Rights & Responsibilities
364 Wright Building
Greenville, NC 27858
(252) 328-6824

# Release of FERPA
# Protected Information

The Family Educational Rights and Privacy Act of 1974 is a federal law that bars an institution of higher education from revealing personally identifiable information about a student to a third party without that student's written permission. The Act does allow persons within the university system with a "legitimate educational interest" and some legal agencies with subpoenas to access this information. A full copy of FERPA is available to you upon request.

**I give the Office of Student Rights & Responsibilities permission to discuss information contained in my conduct file with the following person.**

Name: _____

Address: _____

Phone Number: _____    Relationship: _____

Information that may be disclosed: _____ ALL (see other FERPA Release provided + signed)

Name: _____

Address: _____

Phone Number: _____    Relationship: _____

Information that may be disclosed: _____

_____

**I understand that by signing this form, the Office of Student Rights & Responsibilities is allowed to speak freely about my conduct record or alleged code of conduct violation(s) within the limits specified above. I understand that I may revoke this permission completely or in part at any time by sending a signed, dated statement to OSRR stipulating what parts of the consent I wish to revoke. A revocation is effective on the date it is received and will not effect action(s) already taken upon this request.**

Signed _____
            Student

Date: 12-2-15 _____

FERPA 04/15/2011 ltm



**East Carolina University**

Communication from Office of Student Rights & Responsibilities (OSRR) and/or Campus Living's Conduct (CLC)

252-328-6824 OSRR Main Telephone  •  osrr@ecu.edu  •  364 Wright Building, Main Campus

252-328-4663 CLC Main Telephone  •  clco@ecu.edu  •  100 Jones Residence Hall

## Third Party Approval Form

The Family Educational Rights and Privacy Act of 1974 is a federal law that bars an institution of higher education from revealing personally identifiable information about a student to a third party without that student's written permission. The Act does allow persons within the university system with a "legitimate educational interest" and some legal agencies with subpoenas to access this information. A full copy of FERPA is available to you upon request.

I, (student's name) _____, give
(3rd party present)_____ permission to be present
during my meeting on (date) ____12-2-15____ with (Investigators' name)
____Kristen Tucker____. I understand that by signing this form and allowing my guest to be present during the meeting, the OSRR representative, her/his designee, or any member of the Office of Student Rights and Responsibilities is allowed to speak freely about the allegations, my conduct, any alleged code of conduct violation(s), and/or any aspect of the investigation through the duration of this meeting. Consent and permission is only granted for the date mentioned above.

_____         ____12-2-15____
                                          Date

_____         ____12-2-15____
Third Party Witness Signature             Date


_____         _____
Additional Third Party Witness Signature  Date


_____         _____
Additional Third Party Witness Signature  Date

_____         ____10/2/15____
OSRR Investigator                         Date

*Note: Permission is only granted for the purposes of the meeting held on the specific date listed above. Additional permission will be required for future communication and meetings.

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity/affirmative action university which accommodates the needs of individuals with disabilities.

## FERPA CONSENT TO RELEASE STUDENT INFORMATION

TO: _____
(Name of University Official and Department that will be releasing the educational records)

Please provide information from the educational records of [_____] [Name of Student requesting the release of educational records] to:

[_____] and [Name(s) of person to whom the educational records will be released, and if appropriate the relationship to the student such as "parents" or "prospective employer" or "attorney"]

(Note: this Consent does not cover medical records held solely by Student Health Services or the Counseling Center – contact those offices for consent forms.)

The only type of information that is to be released under this consent is:
- __x__ transcript
- __X__ disciplinary records
- __X__ recommendations for employment or admission to other schools
- __X__ all records
- __X__ other (specify) __information/documentation pertaining to case__ [____]

The information is to be released for the following purpose:
- ____ family communications about university experience
- ____ employment
- ____ admission to an educational institution
- __X__ other (specify) _any matter pertaining to or involving_ [____] including without limitation case

     I understand the information may be released orally or in the form of copies of written records, as preferred by the requester. I have a right to inspect any written records released pursuant to this Consent (except for parents' financial records and certain letters of recommendation for which the student waived inspection rights). I understand I may revoke this Consent upon providing written notice to [Name of Person listed above as the University Official permitted to release the educational records]. I further understand that until this revocation is made, this consent shall remain in effect and my educational records will continue to be provided to [Name of Person listed above to whom the educational records will be released] for the specific purpose described above.



Name (print) [____]

Signatu[re] [____]

Student ID Number [____]

Date _December 1, 2015_____



**East Carolina University**
Office of Student Rights & Responsibilities
364 Wright Building
Greenville, NC 27858
(252) 328-6824 Office
(252) 328 -4828 Fax

Please review the following rights and responsibilities outlined in the East Carolina University Student Code of Conduct. This Information is outlined in Section 4: Respondent and Complainant Rights and Responsibilities. The full ECU Student Code of Conduct can be found at: http://www.ecu.edu/PRR/11/30/01.

4.   Respondent and Complainant Rights and Responsibilities

4.1.   Respondent Rights and Responsibilities: A student whose conduct is under review is a Respondent and has the following rights and responsibilities. The Respondent might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so. An organization whose conduct is under review is entitled to the rights listed below and its president will be required to identify a representative as a Respondent.

4.1.1.   Respondent Rights:

4.1.1.1.   The right to an objective and impartial evaluation of the complaint.

4.1.1.2.   The right to be present during the meeting with a conduct administrator or during the Conduct Board hearing.

4.1.1.3.   The right to reasonable access to all information gathered throughout the evaluation pertinent to the alleged violation.

4.1.1.4.   The right to present information relevant to the alleged violation, including inviting witnesses.

4.1.1.5.   The right to respond to information presented against her/him.

4.1.1.6.   The right to a separate meeting with a conduct administrator or Conduct Board hearing in cases involving multiple Respondents.

4.1.1.7.   The right not to provide information with the understanding that the University will make a determination without the Respondent's information.

4.1.1.8.   The right, after receiving written notice of the outcome, to review of the decision, including to appeal as described in section 5.5.

4.1.1.9.   The right to be represented, at the student's expense, by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1. A Respondent represented by an attorney or non-attorney advocate is expected to attend all scheduled meetings and hearings.

4.1.1.10.   The right to be informed of pertinent University-based support services.

4.1.2.   Respondent Responsibilities:

4.1.2.1.   The responsibility to be honest and direct in communicating with individuals involved in the conduct process.

4.1.2.2.   The responsibility to review pertinent conduct process policies and procedures and to seek clarification if necessary.

4.1.2.3.   The responsibility to respond in a timely manner to University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.

4.1.2.4.   The responsibility to provide the decision-maker with pertinent information that the Respondent would like considered in the review of the alleged violation.

4.1.2.5.   The responsibility to participate in the conduct process in a manner that is civil and respectful.

☑   I have read and understand my Respondent Rights and Responsibilities

12 - 2 - 15
_____
Date

Revised January 2015

**Review of Forms and Policies**
(Complete this form by having the student initial all that apply)

Date: _____ 12/2/15          Case #: _____

By my signature below, I acknowledge that in my meeting regarding the above referenced Case, the following information was discussed, and that I have been given the opportunity to ask any questions that I may have:

Student Rights and Responsibilities (sent to me along with my initial appointment letter)

Title IX Brochure (sent to me along with my initial appointment letter)

On and Off Campus Resource Brochure

Translator/Interpreter Confidentiality Form (if applicable)

Third Party Approval Form (if applicable)

Interim Measures Options (if applicable)

University Code of Conduct (The full text can be found at: http://www.ecu.edu/PRR/11/30/01)

Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex (The full text can be found at: http://www.ecu.edu/PRR/06/40/01)

Regulation Addressing Sexual Assault, Domestic and Dating Violence and Stalking as required by the Violence Against Women Act Amendments to the Clery Act (The full text can be found at http://www.ecu.edu/PRR/06/40/02)

The University's policy regarding retaliation (located in the University Code of Conduct as well as the Interim Regulation listed above)

The option to seek assistance from law enforcement (Contact ECU PD at 252-328-6787 or Greenville PD at 252-329-4333) and be assisted in filing a criminal complaint or no-contact order

I acknowledge I have a right to have an attorney or non-attorney representative/support person present through the Title IX process. I understand that any representative who accompanies me must complete and return additional documentation within 48 hours of the scheduled meeting.

STUDENT NAME PRINTED: _____

STUDENT MOBILE PHONE: _____

STUDENT SIGNATURE: _____

INVESTIGATOR SIGNATURE: _____

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.

Case 4:16-cv-00137-BO   Document 44-7   Filed 10/23/18   Page 77 of 78




**East Carolina University**

Communication from Office of Student Rights & Responsibilities (OSRR) and/or Campus Living's Conduct Office (CLCO)

252-328-6824  OSRR Main Telephone    •    osrr@ecu.edu    •    364 Wright Building, Main Campus

252-328-4917 CLCO Main Telephone    •    clco@ecu.edu    •    121 Aycock Residence Hall, College Hill Drive

# Notice of Representation

In order for a licensed attorney or non-attorney advocate to represent a student or student organization in a Disciplinary Procedure, the student or student organization must provide the Institutional office that administers the Disciplinary Procedure with three (3) documents:

1. **Notice of Representation**
2. FERPA Authorization
3. Certification by Licensed Attorney or Non-Attorney Advocate

Students and Student Organizations that plan to have a licensed attorney or non-attorney advocate represent them during a Disciplinary Procedure must notify this office that an attorney or advocate plans to participate in a Disciplinary Procedure. In order to do so please complete this form and return it to 364 Wright Building or via email at OSRR@ecu.edu no later than 48 hours prior to the scheduled meeting.

1. <u>**Name of Licensed Attorney or Non-Attorney Advocate (please print):**</u>

2. <u>**I am seeking to participate in the role of (please select one):**</u>

   ☒  Licensed Attorney: Bar # _____
       ☒  North Carolina
       ☐  Other Jurisdiction

         **OR**

   ☐  Non-Attorney Advocate

3. <u>**Contact Information:**</u>

| | |
|---|---|
| Address: | |
| Telephone Number | |
| Email Address: | |
| Fax Number: | |

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.