**East Carolina University**

Office of Student Rights
and Responsibilities
364 Wright Building
East Carolina University
Greenville, NC 27858-4353

252-328-6824 office
252-328-4828 fax

December 10, 2015

John Doe
Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number:

Dear John Doe,

The Office of Student Rights and Responsibilities (OSRR) was notified that you may have been involved in an incident occurring on or around November 22, 2015 in the vicinity of the _____.

It was believed that this incident may involve a possible violation of the following policies of the East Carolina University: Student Code of Conduct and/or other published policies, rules or regulations, specifically:

Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct and/or Discrimination on the Basis of Sex:

Sex Discrimination: actions that subject individuals to improper and unequal treatment on the basis of their sex, including but not limited to the improper exclusion of individuals from University activities. Sexual Misconduct is a form of sex discrimination that includes Sexual Harassment and Sexual Violence. For the full policy, please see http://www.ecu.edu/cs-ecu/PRR/customcf/pdf.cfm?policyNumber=06.40.01.

Regulation Addressing Sexual Assault, Domestic and Dating Violence and Stalking as required by the Violence Against Women Act Amendments to the Clery Act - Interim

For the full policy, please see http://www.ecu.edu/prr/06/40/02

A meeting took place on December 2, 2015, in which both you and your attorney, _____ were in attendance. During this meeting you were given the opportunity to provide your perspective of the incident as well as learn information pertaining to your rights as a student. You previously were provided a no contact directive by the Title IX investigator through your University email account, which was also discussed during the face-to-face meeting. Following your meeting, correspondence was submitted to you via email on December 9, 2015 regarding

your request to review your file.

The purpose of this email is to notify you that on December 9, 2015 OSRR learned of your pending criminal charges regarding the reported incident of November 22, 2015.

**Given this additional information and due to the nature of this reported incident, OSRR is implementing an 'Immediate Administrative Action' as outlined in ECU Code of Conduct section 3.1,** " in order to preserve the safety and well-being of the ECU community and its members." This administrative action serves as an immediate administrative suspension, restricting access to all property owned and operated by ECU.

Your course registration has been cancelled at this time.

This administrative suspension will remain in place until your case with OSRR has been resolved. In addition, a hold has been placed on your record. Having a hold means that you may not be able to receive a transcript or register for classes, and your access to some services at ECU may be limited until you have made satisfactory progress in resolving this case.

You have a right to appeal this administrative action within five calendar days to the Dean of Students, however, the immediate administrative action will remain in place while any appeal is in reviewed. To begin your appeal please submit a statement and any supporting documents to the Office of Student Rights and Responsibilities either by email to osrr@ecu.edu or hand delivery to 364 Wright Building by December 15, 2015. OSRR will prepare your appeal packet for the Dean of Students review. The decision of the Dean of Students regarding the administrative action is final. You will be notified via your student email of the outcome of your appeal.

When the circumstances permit, an OSRR administrator will meet with you while an administrative suspension is in place to explain the allegation and provide you with the opportunity to respond. You are entitled to participate in the ECU conduct process while placed on an immediate administrative suspension. (See section 3.1.4 of the Student Code of Conduct).

Following the investigatory process, the Title IX investigator assigned to your case will complete a findings report. This report will be provided to the Director of OSRR or designee to determine if charges should be pursued. Should charges be pursued, OSRR will refer your case to the East Carolina University Student Conduct Board. The Conduct Board is a group trained to hear alleged violations of the Student Code of Conduct.

Should a hearing occur, the hearing date, time, and location will be announced in future correspondence should you wish to participate in the disciplinary process. This hearing will allow you the opportunity to meet before the conduct board and discuss the charge(s) and any material which has been submitted. It is during this time that a decision will most likely be made to determine if you are responsible or not responsible for the charges against you. In accordance to the Student Code of Conduct section 5, if you fail to attend the meeting a determination can be made in your absence and you will be responsible for completing any sanctions that are assigned.

Should a hearing occur, a Student Advisor will be assigned to your case. The Student Advisors are trained on the conduct process and can assist with organizing your description of the incident, concluding remarks and generating questions for witnesses. If you choose to substitute another

student for the Student Advisor appointed to work with you, your advisor must make an appointment and meet with an Office of Student Rights and Responsibilities (OSRR) administrator two business days prior to the hearing to be trained on appropriate hearing procedures.

You have the right to have an attorney or non-attorney advocate present during any meeting with this Office. The attorney or non-attorney advocate is permitted to actively participate in accordance with UNC Policy Manual 700.4.1 and with General Statutes Section 116-40.11.

You have the right to have one non-participating support person present. The support person is not permitted to actively participate in the hearing, but is simply to provide comfort to the respondent (you). Please be advised that a student may have either one (1) non-participating support person present OR you may have one (1) attorney or non-attorney advocate present for your meeting.

Should a hearing occur you will have a right to the following:

You have the right to be present throughout the hearing; however, the hearing Chair has the responsibility to control the behavior of all participants. Should the Chair determine that the behavior of any individual is so disruptive to the hearing process that the hearing cannot go forward in his/her presence, the Chair has the right to remove her/him from the hearing.

You have the right to present information and/or witnesses of your choosing to participate during your hearing. You have the responsibility to ensure they are available to present information to the hearing panel.

In accordance with the ECU Code of Conduct, you may challenge the participation of any panel member due to his/her previous knowledge, experience, belief, or emotion that would unduly influence decision-making either positively or negatively.

You may request a reasonable postponement of this hearing by delivering a request to OSRR in writing no less than two business days before the hearing. You will need to explain why you are requesting a postponement and provide an alternative hearing date and time. OSRR will make the final determination of the hearing date and time. If a respondent does not appear for a scheduled hearing after being properly notified, the University reserves the right to make a determination in the individual's absence.

You have the right to waive a hearing and accept a sanction proposed by a designated university official in accordance with UNC Policy Manual 700.4.1. The standard used throughout the conduct process to reach case resolution is preponderance of the evidence.

Violations of the Student Code of Conduct and/or other published policies, rules or regulations, (including but not limited to violations of the University's "Regulation for Addressing Sexual Assault, Domestic and Dating Violence and Stalking As Required by the Violence Against Women Act Amendments to the Clery Act – Interim" as well as the "Interim Regulation on Responding to Complaints of Sexual Harassment, Sexual Misconduct, and/or Discrimination on the Basis of Sex") can result in educational and/or disciplinary consequences called sanctions. Sanctions are designed with the intent of educating respondents and protecting the ECU community. Educational sanctions include, among other things

papers/interviews/counseling/community service. Disciplinary sanctions can range from warning and probation to suspension or expulsion.

The University reserves the right to apply sanctions for conduct, based on nature and seriousness of the violation, the impact of the violation on the community, and mitigating or aggravating factors including, but not limited to your disciplinary record, and the misconduct. Multiple sanctions may be imposed for one violation.

The allegations of your misconduct are serious enough that if you are found responsible, one of the possible sanctions that could be assigned is suspension or expulsion. **Suspension** is defined as temporary separation from enrollment at the University for a defined period of time. Suspended students are banned from the University premises during the period of suspension and might be required to complete specified sanctions prior to reenrollment. **Expulsion** is defined as permanent separation from enrollment at the University and at any other member institution of the University of North Carolina. Expelled students are banned from University premises. A student who has been expelled from the University may not be admitted to another constituent institution of the University of North Carolina, unless and until the sanction of expulsion has been rescinded by the University.

Per the ECU student code of conduct, section 6.3 information about students who are suspended, expelled, or have serious pending cases is entered into a UNC database, where it is stored permanently. All UNC constituent institutions have access to this information.

East Carolina University seeks to comply fully with the Americans with Disabilities Act (ADA). Students requesting accommodations based on a disability must be registered with the Department for Disability Support. Individuals requesting an accommodation under the Americans with Disabilities Act (ADA) should contact OSRR at least 48 hours prior to the scheduled meeting at osrr@ecu.edu or at (252) 328-6824.

I appreciate your cooperation in this matter and look forward to meeting with you.

Sincerely,

Tamika Wordlow
Director

East Carolina University
Office of Student Rights & Responsibilities
364 Wright Building
Greenville, NC  27858
(252) 328-6824 Office
(252) 328 -4828 Fax

Please review the following rights and responsibilities outlined in the East Carolina University Student Code of Conduct. This information is outlined in Section 4: Respondent and Complainant Rights and Responsibilities. The full ECU Student Code of Conduct can be found at: http://www.ecu.edu/PRR/11/30/01.

4.    Respondent and Complainant Rights and Responsibilities
4.1.   Respondent Rights and Responsibilities: A student whose conduct is under review is a Respondent and has the following rights and responsibilities. The Respondent might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so. An organization whose conduct is under review is entitled to the rights listed below and its president will be required to identify a representative as a Respondent.

4.1.1.   Respondent Rights:
4.1.1.1.   The right to an objective and impartial evaluation of the complaint.
4.1.1.2.   The right to be present during the meeting with a conduct administrator or during the Conduct Board hearing.
4.1.1.3.   The right to reasonable access to all information gathered throughout the evaluation pertinent to the alleged violation.
4.1.1.4.   The right to present information relevant to the alleged violation, including inviting witnesses.
4.1.1.5.   The right to respond to information presented against her/him.
4.1.1.6.   The right to a separate meeting with a conduct administrator or Conduct Board hearing in cases involving multiple Respondents.
4.1.1.7.   The right not to provide information with the understanding that the University will make a determination without the Respondent's information.
4.1.1.8.   The right, after receiving written notice of the outcome, to review of the decision, including to appeal as described in section 5.5.
4.1.1.9.   The right to be represented, at the student's expense, by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1.  A Respondent represented by an attorney or non-attorney advocate is expected to attend all scheduled meetings and hearings.
4.1.1.10.   The right to be informed of pertinent University-based support services.

4.1.2.   Respondent Responsibilities:
4.1.2.1.   The responsibility to be honest and direct in communicating with individuals involved in the conduct process.
4.1.2.2.   The responsibility to review pertinent conduct process policies and procedures and to seek clarification if necessary.
4.1.2.3.   The responsibility to respond in a timely manner to University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.
4.1.2.4.   The responsibility to provide the decision-maker with pertinent information that the Respondent would like considered in the review of the alleged violation.
4.1.2.5.   The responsibility to participate in the conduct process in a manner that is civil and respectful.

☐    I have read and understand my Respondent Rights and Responsibilities

_____          _____
Signature                                                                                    Date

Revised January 2015

# Directions on how to get to 364 Wright Building





*From Campus Rec Center/Mendenhall Student Center/Joyner Library*
Walk across campus towards the fountain/Dowdy Bookstore. At Founders Drive walk between the Bate Building and Wright Auditorium. Before you get to Wright Plaza you will see an entrance with a glass door on the left. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.

*From Wright Plaza*
Exiting the building make a right, before you get to Founders drive you will see an entrance with a glass door on the right. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.

*From Jones Hall/Aycock Residence Hall*
Make a right and follow College Hill Drive towards Tenth Street. Make a left onto Tenth Street and a right onto Founders Drive. After passing the Bate Building walk between the Bate Building and Wright Auditorium. Before you get to Wright Plaza you will see an entrance with a glass door on the left. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.