

**East Carolina University**
Communication from Office of Student Rights & Responsibilities (OSRR) and/or Campus Living's Conduct (CLC)
252-328-6824  OSRR Main Telephone    •    osrr@ecu.edu    •    364 Wright Building, Main Campus
252-328-4663  CLC Main Telephone    •    clco@ecu.edu    •    100 Jones Residence Hall

January 28, 2016

John Doe

Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number

Dear John Doe,

The Office of Student Rights and Responsibilities (OSRR) wishes to provide you with an update on your case.

**An initial meeting was scheduled to take place today, January 28, 2016 at 3:00pm. A letter was sent to your e-mail account on Wednesday, January 20th at 5:34pm. Our records indicate that you opened this letter on January 20th at 5:36pm. The purpose of this meeting was to provide you with an opportunity to provide any information that you wish to be considered regarding the incident that took place. If you do not wish to participate in this capacity, please contact OSRR by e-mailing osrr@ecu.edu to let our office know. Per the Student Code of Conduct, sections 4.1.1.4 and 4.1.1.5 state that you have "the right to present information relevant to the alleged violation, including inviting witnesses," and that you have "the right to respond to information presented against you," respectively. In addition, section 4.1.1.7 states that you also have "the right not to provide information with the understanding that the university will make a determination without the Respondent's information." If you wish to participate, please contact our office at 252-328-6824 to reschedule this appointment. If this appointment is not rescheduled before Monday, February 1, 2016 at 5:00pm, per section 5.2.6. of the Student Code of Conduct, "If the Respondent fails to meet with the conduct administrator or board after being properly notified, the case will be decided on the basis of information gathered."**

OSRR received a report involving possible conduct related to Title IX. Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681) is an all-encompassing federal law that prohibits discrimination based on the gender of any person participating in any educational program or service, which receives federal financial assistance.

"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance..." 20 U.S.C. § 1681

The report alleges a possible Title IX violation, in which you were named as a Respondent. A Respondent is an individual accused of violation under the Regulation on Sexual and Gender-Based Harassment and other forms of Interpersonal Violence-Interim.

For the full policy, please see http://www.ecu.edu/prr/06/40/03

I have been assigned to serve as the Title IX Investigator regarding this report. I would like to meet with you to gather more information regarding this incident as well as discuss the University procedures regarding Title IX cases.

At this meeting, you will be given the opportunity to provide your perspective of the incident as well as information pertaining to your rights as a student. My role is to act as a neutral investigator to determine if there has been a Title IX violation.

East Carolina University is a constituent institution of the University of North Carolina.  An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.

Case 4:18-cv-00137-BO    Document 44-10    Filed 10/23/18    Page 1 of 22

Additionally, following the investigation, a report will be provided to the Director of the Office of Student Rights and Responsibilities to determine whether formal charges will be pursued through the student disciplinary process.

Students found responsible for a violation(s) of the Student Code of Conduct will be assigned educational and/or disciplinary consequences called sanctions. Sanctions are designed with the intent of educating respondents and protecting the ECU community. Educational sanctions include, among other things papers/interviews/counseling/community service. Disciplinary sanctions can range from warning and probation to suspension or expulsion which precludes matriculation at any constituent UNC institution. The University reserves the right to apply sanctions for conduct within this range, taking into account the nature and seriousness of the violation, the impact of the violation on the community, and mitigating or aggravating factors such as your disciplinary record, the nature of the misconduct (i.e. you were acting under duress or a mental condition; played a minor role in the commission of the offense; knowingly exposed others to a significant risk; convinced others to participate due to a position of leadership, dominance, trust or confidence; or the offense involved weapons or was especially heinous), as well as other relevant information regarding the degree of any damage, injury, or harm resulting from it. Multiple sanctions may be imposed for one violation.

Please note that a hold may have been placed on your registration records. Having a hold means that you may not be able to receive a transcript, register for classes, and access to some services at ECU may be limited until you have made satisfactory progress in resolving this case.

ECU prohibits any acts of sexual misconduct and/or related retaliation against employees, students, or visitors, regardless of sexual orientation or gender identity. Retaliation is any act by a University employee or student of reprisal, interference, restraint, penalty, discrimination, coercion, or harassment against an employee or student for using the applicable policies responsibly.

East Carolina University seeks to comply fully with the Americans with Disabilities Act (ADA). Students requesting accommodations based on a disability must be registered with the Department for Disability Support. Should you require an accommodation under the Americans with Disabilities Act (ADA) please contact me at least 48 hours prior to the scheduled meeting at butlerca14@ecu.edu or at 252-328-6824.

I have attached a copy of directions to my office, Respondent's rights and responsibilities and a resource referral guide, which gives contact information for many resources on and off campus. I look forward to speaking with you.

Regards,

*Caitlin Butler*

Caitlin Butler
Assistant Director

CC:   TTamika Wordlow, Director Office of Student Rights and Responsibilities
      Mandy Messerli, Associate Director Office of Student Rights and Responsibilities
      Michael Rager, Interim Associate Director Office of Student Rights and Responsibilities
      Katie Butler, Assistant Director Office of Student Rights and Responsibilities
      Chris Howell, Interim Assistant Director Office of Student Rights and Responsibilities
      Malorie Porter, Title IX Compliance Officer & Deputy Title IX Coordinator
      Meagan Kiser

**East Carolina University**
Office of Student Rights & Responsibilities
364 Wright Building
Greenville, NC 27858
(252) 328-6824 Office
(252) 328 -4828 Fax

Please review the following rights and responsibilities outlined in the East Carolina University Student Code of Conduct. This information is outlined in Section 4: Respondent and Complainant Rights and Responsibilities. The full ECU Student Code of Conduct can be found at: http://www.ecu.edu/PRR/11/30/01.

4.    Respondent and Complainant Rights and Responsibilities

4.1.    Respondent Rights and Responsibilities: A student whose conduct is under review is a Respondent and has the following rights and responsibilities. The Respondent might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so. An organization whose conduct is under review is entitled to the rights listed below and its president will be required to identify a representative as a Respondent.

4.1.1.    Respondent Rights:

4.1.1.1.    The right to an objective and impartial evaluation of the complaint.

4.1.1.2.    The right to be present during the meeting with a conduct administrator or during the Conduct Board hearing.

4.1.1.3.    The right to reasonable access to all information gathered throughout the evaluation pertinent to the alleged violation.

4.1.1.4.    The right to present information relevant to the alleged violation, including inviting witnesses.

4.1.1.5.    The right to respond to information presented against her/him.

4.1.1.6.    The right to a separate meeting with a conduct administrator or Conduct Board hearing in cases involving multiple Respondents.

4.1.1.7.    The right not to provide information with the understanding that the University will make a determination without the Respondent's information.

4.1.1.8.    The right, after receiving written notice of the outcome, to review of the decision, including to appeal as described in section 5.5.

4.1.1.9.    The right to be represented, at the student's expense, by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1.  A Respondent represented by an attorney or non-attorney advocate is expected to attend all scheduled meetings and hearings.

4.1.1.10.    The right to be informed of pertinent University-based support services.

4.1.2.    Respondent Responsibilities:

4.1.2.1.    The responsibility to be honest and direct in communicating with individuals involved in the conduct process.

4.1.2.2.    The responsibility to review pertinent conduct process policies and procedures and to seek clarification if necessary.

4.1.2.3.    The responsibility to respond in a timely manner to University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.

4.1.2.4.    The responsibility to provide the decision-maker with pertinent information that the Respondent would like considered in the review of the alleged violation.

4.1.2.5.    The responsibility to participate in the conduct process in a manner that is civil and respectful.


☐    I have read and understand my Respondent Rights and Responsibilities


_____          _____

Signature                                                                    Date

Revised January 2015

# Directions on how to get to 364 Wright Building





*From Campus Rec Center/Mendenhall Student Center/Joyner Library*
Walk across campus towards the fountain/Dowdy Bookstore. At Founders Drive walk between the Bate Building and Wright Auditorium. Before you get to Wright Plaza you will see an entrance with a glass door on the left. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.

*From Wright Plaza*
Exiting the building make a right, before you get to Founders drive you will see an entrance with a glass door on the right. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.

*From Jones Hall/Aycock Residence Hall*
Make a right and follow College Hill Drive towards Tenth Street. Make a left onto Tenth Street and a right onto Founders Drive. After passing the Bate Building walk between the Bate Building and Wright Auditorium. Before you get to Wright Plaza you will see an entrance with a glass door on the left. Enter the glass door and take the elevator to the top floor (it will be labeled 2). Once you have exited the elevator walk down the hallway making a left and a right until you get to the lobby.



**RESOURCE AND REPORTING GUIDE FOR STUDENTS ACCUSED OF INCIDENTS OF PROHIBITED CONDUCT**

**Table of Contents**
I.     Introduction

II.    If you are Accused of Prohibited Conduct
   A.  Information for Respondents
     1.  General
     2.  Common Feelings After Being Accused
     3.  Resources
     4.  Retaliation Policy
   B.  Investigation
     1.  General Information
     2.  Findings
     3.  Support Person

III.   Disciplinary Procedure
   A.  Introduction
   B.  Disciplinary Action
   C.  Student Conduct Hearing Procedures
   D.  Appeals

IV.    Definitions

**I.     Introduction**

East Carolina University, a constituent institution of the University of North Carolina, strives to be a national model for student success, public service and regional transformation and is built upon integrity, trust and mutual respect. Consistent with these values, the University is committed to providing a safe and non-discriminatory learning, living, and working environment for all members of the University community. The University does not discriminate on the basis of sex or gender in any of its education or employment programs and activities. To that end, the University has adopted a Regulation on Sexual and Gender Based Harassment and Other Forms of Interpersonal Violence that prohibits specific forms of behavior that violate Title IX of the Education Amendments of 1972 ("Title IX"); Title VII of the Civil Rights Act of 1964 ("Title VII"). Such behavior also requires the University to fulfill certain obligations under the Violence Against Women Reauthorization Act of

2013 ("VAWA") and the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act ("Clery Act").

The University prohibits Sexual Assault, Sexual Battery, Sexual Exploitation, Dating and Domestic Violence, Stalking, Sexual or Gender-Based Harassment, Complicity in the commission of any act prohibited by the Regulation, and Retaliation against a person for the good faith reporting of any of these forms of conduct or participation in any investigation or proceeding under the Regulation (collectively, "Prohibited Conduct"). These forms of Prohibited Conduct may be unlawful, undermine the character and purpose of the University, and will not be tolerated.

This document is to supplement the University's Regulation on Sexual and Gender Based Harassment and Other Forms of Interpersonal Violence and is in compliance with the Violence Against Women Amendments to the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act). This information is provided to inform individuals about their rights and options regarding the Regulation and resources available through both the University and the Greenville community.

The Violence Against Women Amendments to the Clery Act require colleges and universities to inform individuals of their rights and options regarding incidents of sexual assault, domestic violence, dating violence, and stalking. The information provided is not meant to substitute criminal proceedings. Information regarding how to pursue criminal charges can be found in this document, however the University's Regulation and procedures are not of a criminal nature and there is a fundamental difference between the University's procedure and a criminal one.

Students, faculty, and staff members who report violations of the Regulation will be given a copy of this document and will be advised of all rights and options available to them. This document and the overarching Regulation will also be available on the University's website as a reference.

## II.      If You Are Accused of Sexual Assault

### A.  Information for Respondents

1. General

Prohibited Conduct investigations are intended to be fair, unbiased, and prompt. The investigator will gather as much information as possible before making a determination about whether there was a policy violation.

If you have been named as the respondent in a Prohibited Conduct complaint, you will have the opportunity to respond to the allegation and present your side of the story. An investigator will contact you to schedule a meeting. At that meeting, you will be asked to provide your version of events.

Keep in mind that the University process is an administrative process and is not the same as a criminal process. A criminal process looks into whether a crime has been committed; the University process looks into whether a University policy has been violated. The University process uses the "preponderance of the evidence" standard, which weighs whether it is more likely than not that a policy violation occurred. This

is a much lower standard than the criminal standard, "beyond a reasonable doubt." A University process may result in a different finding than a criminal process because of the different burdens of proof, among other factors.

2.  Common Feelings after Being Accused of Sexual Violence

Emotional responses will vary from individual to individual. Being accused of sexual assault can be traumatic and life-changing. It's important to remember that your responses are not crazy; they are normal reactions to a difficult situation – being accused of sexual assault. Below are some common feelings you may experience.

Shock and Numbness
You may experience feelings of disbelief or denial about what happened. You may feel emotionally detached or drained. Other reactions to the emotional shock may include: crying, anger, laughing nervously, withdrawing, or claiming to feel nothing or be "fine." Often individuals feel overwhelmed to the point of not knowing how to feel or what to do.

Disruption of Daily Life
You may feel preoccupied with thoughts about the incident. It may be difficult to concentrate, attend class, or focus on school work. You may have trouble sleeping, appetite changes, general anxiety, or depression.

Loss of Control
You may feel overwhelmed. You may also feel anxious, scared, or nervous and often have a difficult time concentrating. Decision that previously were made routinely before now may feel monumental.

Fear
You may fear what may happen and how your life may change. You may be afraid of what other peers or family may say about him/her or if there might be retaliation towards him/her. You may find himself/herself not knowing who to trust.

Anger
You may have different reasons to feel angry. Anger is an appropriate response to sexual assault. You may vary in how you express anger. Anger can be vented in safe and healthy ways, or can be internalized, where it may become irritability, anxiety, or depression. Please be careful to avoid unhealthy ways of coping with anger such as alcohol or drug use, cutting, or other self-destructive behavior.

Isolation
You may isolate yourself in fear of rumors or retaliation. You may not want to bother anyone because of embarrassment and fear of others judging you, so you do not talk about the incident or your feelings. Also you may withdraw or distract themselves from family or friends.

3.  Resources

Please refer to the chart provided regarding contact information for reporting resources. If it is an emergency situation, please call 911. If you have experienced violence, you are

encouraged to seek immediate assistance from police and healthcare providers for your physical safety, emotional support and medical care.

ECU PD can assist you in filing a criminal report regardless of whether the crime occurred on campus or not. This may include assisting with reporting to the Greenville Police Department or other local law enforcement.

If you are in need of medical assistance, the emergency room is located 1.9 miles from Main Campus at Vidant Medical Center, NC 27834. In addition, Student Health Services is available as an on-campus health resource for students. A Sexual Assault Nurse Examiner who is available to perform a sexual assault examination at Student Health Services can be reached by calling the 24 hour nurse assistance line at (252) 328-6841. Student Health is located in the Student Health Services building on Main Campus in between Joyner East and the Flanagan Building.

Report the incident to the Title IX Coordinator, LaKesha Alston Forbes at (252) 328 – 6804 or oed@ecu.edu. The Title IX Coordinator can assist you in identifying on and off campus resources and beginning an investigation through the University. The Title IX Coordinator can also assist in filing a criminal report should you wish to do so.

You may report the incident to the Dean of Students Office. This may be done in person or by phone through ECUCARES at (252) 737-5555. The Dean of Students Office is located on the 3rd Floor of the Wright Building.

Speak with a Confidential Resource about the matter. Confidential Resources will not be able to reveal information you share without your express consent. Counseling is available free of charge to ECU students through the Center for Counseling and Student Development (252) 328-6661 and, in the case of sexual trauma, through the Victim Advocate (252) 737-1466. Anything discussed with a counselor or the Victim Advocate is confidential and will not be shared with anyone without

4. Retaliation Policy

It is against the Student Code of Conduct as well as the University's Notice of Nondiscrimination to retaliate against individuals who file a complaint. Retaliation is any reprisal, interference, penalty, discrimination, coercion, or harassment of the individual in response to the filing of the complaint.

| EMERGENCY, LAW ENFORCEMENT, & MEDICAL RESOURCES | | | |
|---|---|---|---|
| Emergency: | | 911 | |
| Greenville Police Department: | Non-Emergency | (252) 329 - 4315 | 500 S. Greene St. |
| | Information Desk | (252) 329 - 4317 | |
| Pitt County Sheriff's Office: | Office Hours M - F, 8:00 - 5:00 | (252) 902 - 2800 | 100 W. 3rd St. |
| | 24 hour dispatch | (252) 830 - 4141 | |
| *Vidant Medical Center: | Information | (252) 847 - 4100 | 2100 Stantonsburg Rd. |
| | Emergency Department | (252) 847 - 0279 | |
| | | (252) 847 - 0191 | |
| | Minor Emergency Department | (252) 847 - 1537 | 2380 West Arlington Blvd. |

| UNIVERSITY | | | |
|---|---|---|---|
| ECU Police Department: | Emergency | 911 | Blount House |
| | Non-Emergency | (252) 328 - 6787 | 609 E. Tenth St. |
| | East Campus Hotline | (252) 328 - 0062 | |
| | West (Health Sciences) Campus Hotline | (252) 744 - 5080 | |
| Dean of Students Office: | | (252) 328 - 9297 | 362 Wright Building |
| ECU CARES: | | (252) 737 - 5555 | |
| Title IX Coordinator: | LaKesha Alston Forbes | (252) 328 - 6804 | |
| *Student Health Services: | 24 hour Nurse Assistance line | (252) 328 - 6841 | Student Health Services Building |
| Campus Security Authority: | See list of Campus Security Authorities and their contact information in the Annual Security & Fire Safety Report at http://www.ecu.edu/cs-admin/police/upload/2015-Annual-Security-and-Fire-Safety-Report.pdf | | |

| COUNSELING & VICTIM ADVOCACY RESOURCES | | |
|---|---|---|
| *Center for Counseling and Student Development | (252) 328 - 6661 | |
| *Victim Advocate (in cases of sexual trauma) | (252) 737 - 1466 | |

| COMMUNITY RESOURCES | | | |
|---|---|---|---|
| *REAL Crisis Intervention: | | (252) 758 - 4357 | 1011 Anderson St. |
| *Center for Family Violence Prevention: | 24 Hour Crisis Line | (252) 752 - 3811 | 150 E. Arlington Blvd., Ste. D |
| | Toll Free | (800) 537 - 2238 | |

*Items denoted with * are considered Confidential Resources.*

**B. Investigation**

    1. General Information

        During the investigation, the investigator will gather information and evidence and interview other people involved, including any potential witnesses. The University tries to keep the investigation as private as possible and ask all participants to keep to themselves any information they learn through the investigation.

        We try to conduct the investigation in as timely a manner as possible, but there may be delays in coordinating meetings and gathering evidence. We try to keep you apprised of what is going on, but you are welcome to get in touch with us if you are wondering about the status of the investigation.

        Once the investigation is concluded, the Office for Student Rights and Responsibilities will notify both parties regarding whether conduct charges will be pursued.

    2. Finding

        The investigator will determine whether there is a violation of University policy based on a preponderance of the evidence—that is, whether it is more likely than not that a policy violation occurred. The investigator does not make sanctioning decisions or recommendations. The investigator does provide both parties with receive notification regarding the investigation outcome. The investigator writes a comprehensive report, detailing the investigation and the evidence found and explaining the reasons for whether there is a finding or not. This report is provided to the Director of Office for Student Rights and Responsibilities. If there is a finding of a policy violation, the Director will determine whether charges will be pursued under the Student Code of Conduct. These charges can result in sanctions that range from educational tasks and counseling to probation, suspension and expulsion

    3. Support Person

        The Student Code of Conduct provides that individuals charged with violations of the Code have the right to have an advisor of their choice present at all meetings throughout the disciplinary process. This advisor may be an attorney, however you are limited to one person serving as an advisor on your behalf. If you have additional questions regarding the Regulation, please see section 5.1.4. of the Student Code of Conduct.

**III.**    **Disciplinary Procedure**

    **A. Introduction**

A student charged with Prohibited Conduct may be prosecuted through the criminal court system and also disciplined separately through the ECU Student Code of Conduct process. Even if the court system chooses not to prosecute, the accused student may be subject to ECU's disciplinary process. The ECU student code of conduct ("The Code") functions independent of the criminal justice system. At the student's expense, s/he may be represented by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1. The student conduct disciplinary process may precede, occur simultaneously, or follow court action. In the event the student conduct disciplinary process follows court action, the court proceedings and/or verdict may be considered in the student conduct and due process proceeding. Proceedings shall be conducted by officials trained on all forms of Prohibited Conduct. Moreover, they shall use the preponderance of evidence standard (which is "more likely than not" and the standard used by civil courts in the United States).

When necessary, temporary action may be taken by the institution in the form of immediate administrative action(s) pending the resolution of a conduct case in order to preserve the safety and well-being of the ECU community and its members. These actions include, but are not limited to, restriction of access or privileges, no-contact ban or removal from classes, and/or administrative suspension (e.g. immediate separation). For cases specific to Prohibited Conduct, in addition to the measures listed above, the university may take interim measures to protect the Complainant in the educational setting or workplace based on the facts specified in the allegation, including but not limited to: minimizing contact with the Respondent and allowing the Complainant to change academic and extracurricular activities or his or her living, transportation, dining, and working situation as appropriate. Both you and the complainant, in cases specific to Prohibited Conduct, will be provided information about available on and off campus resources, including but not limited to: victim advocacy, counseling/mental health services, disability support services, health services, and explanation and assistance regarding reporting a crime to campus or local law enforcement.

## B. <u>Disciplinary Action</u>

Any student found by the Office of Student Rights and Responsibilities (OSRR) to have committed Prohibited Conduct may be subject to sever disciplinary sanctions, including suspension (a specified period of separation from enrollment at the University) or expulsion (permanent separation from enrollment at the University and at any other member institution of the University of North Carolina). For information regarding the range of possible sanctions that may be imposed following an institutional disciplinary procedure, please refer to the ECU Student Code of Conduct.

OSRR recognizes that violations of Prohibited Conduct are not the fault of the individual filing the complaint. OSRR encourages the report of Prohibited Conduct and therefore does not intend to hold complainants accountable for the student code of conduct violations that may have occurred along with violations of Prohibited Conduct. OSRR will use discretion to ensure the rights of the complainant are preserved.

The University does not tolerate retaliation against individuals who file a complainant. Students who retaliate such person will be held accountable under the Code.

## C. Student Conduct Hearing Procedures (for cases specific to Prohibited Conduct)

Upon receipt of the findings from a Prohibited Conduct investigation, the OSRR Director or designee will review the report to determine whether or not the reported behavior is governed by the Code. If it is believed that the behavior is governed by the Code a case will be created and assigned to a hearing officer, independent of the investigation.

The hearing officer will submit notification to both you and the complainant announcing whether or not official charges are to be pursued. In cases were a potential outcome, if found responsible, is suspension or expulsion the case is referred to a Conduct Board. In cases were a potential outcome, if found responsible, is less than suspension the case will be addressed by a conduct administrator.

If the complainant wishes to participate he/she may request accommodations be made during the hearing procedures, such as special seating arrangements in the hearing room or attending telephonically, in order to conduct a fair, orderly hearing.

- He/she has the right to an objective and impartial evaluation of the complaint.
- He/she has the right to present information relevant to the alleged violation, including inviting witnesses.
- He/she has the right to submit a written impact statement.
- He/she has the right, after receiving written notice of the outcome, to review the decision, including if permitted under ECU policies and local, state, and federal law.
- He/she has the right to be informed of pertinent University-based support services and to be presented with an option of reporting the incident to law enforcement, if appropriate.
- He/she is entitled to the rights of the respondent as enumerated in section 4.1.1 of the student code conduct, such as the right to an observer/support person at the hearing; to have the same access to the proceedings as the you, including the ability to question witnesses; to be free of irrelevant questions about sexual history; and to appeal a decision based on grounds described in section 5.5. In cases where the you has an attorney present at the hearing, the Complainant also may have an attorney, at the Complainant's own expense, present at the hearing.

D. **Appeals**

Both parties will be notified of the final outcome, which will include appeal information. Both parties will be notified if an appeal is submitted to the Office of Student Rights and Responsibilities and either party can appeal the outcome based on the grounds outlined in the Student Code of Conduct. In addition each party will have an opportunity to respond to any additions/arguments of the other. In appeals from a hearing with the conduct administrator, the Director of OSRR or designee will review the written record and make a determination as to whether a decision should be altered. This decision is final. In appeals from a hearing before the Conduct Board where suspension is assigned, the Director of OSRR will compile the written record and provide it to the Vice Chancellor for Student Affairs or designee who will make the final determination. In appeals from a hearing before the Conduct Board where expulsion is assigned, the Director of OSRR will compile the written record and provide it to the Vice Chancellor for Student Affairs who will make the final determination. If the Vice Chancellor determines that the student should be expelled from the University, the student has the right to file an appeal with the Board of Trustees. If the Board of Trustees determines that the student should be expelled from the University, the student has the right to file an appeal with the Board of Governors.

IV. **Definitions**

1. **Sexual Assault** is:
   - Any penetration
   - However slight
   - With any object or body part (as described below)
   - Performed by a person upon another person

   Sexual Assault includes the penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without their consent. North Carolina law defines these crimes in its General Statutes sections 14-27.1 through 14-27.10 and 14-178.

2. **Sexual Battery** is:
   - Any intentional sexual touching
   - However slight
   - With any object or body part (as described below)
   - Performed by a person upon another person or causing another person to touch their own or another's body in the manner described below.

Sexual Battery includes the intentional or attempted sexual touching of another person's clothed or unclothed body, including but not limited to the mouth, neck, buttocks, anus, genitalia, or breast, by another with any part of the body or any object in a sexual manner without their consent.

**Consent** is:
- Informed (knowing)
- Voluntary (freely given)
- Active (not passive), meaning that, through the demonstration of clear words or actions, a person has indicated permission to engage in mutually agreed-upon sexual activity

Consent is explicit approval and permission to engage in sexual activity demonstrated by clear actions, words, or writings. Consent is informed, freely given and mutually understood by all parties involved. If coercion, intimidation, threats, and/or physical force are used, there is no consent. If the Complainant was mentally or physically incapacitated or impaired so that the Complainant could not understand the fact, nature, or extent of the sexual situation, there is no consent; this includes conditions due to alcohol or drug consumption, or being asleep or unconscious, or under the age of legal consent, or unable to give consent under current law. Silence does not necessarily constitute consent, and past consent of sexual activities does not imply ongoing future consent. Whether the Respondent has taken advantage of a position of influence over the Complainant may be a factor in determining whether consent was freely given. Consent to some form of sexual activity cannot be automatically taken as consent to any other form of sexual activity. Consent can be withdrawn at any time.

Consent cannot be obtained by Force.  Force includes (a) the use of physical violence, (b) threats, (c) intimidation, and/or (d) coercion.

a) **Physical force** means exerting physical control over another person.  Examples of physical force include but are not limited to hitting, punching, slapping, kicking, restraining, choking, and brandishing or using any weapon.

b) **Threats** are words or actions that would compel a reasonable person to engage in unwanted sexual activity.  Examples of threats include but are not limited to verbal statements reflecting intent to harm a person physically, to reveal private information to harm a person's reputation, or to cause a person academic or economic harm.

c) **Intimidation** is an implied threat that causes reasonable fear in another person.  Examples of intimidation include but are not limited to: destroying property, brandishing a weapon, blocking an exit to cause fear.  A person's size, alone, may

not constitute intimidation; however, a person's size may be used in a way that does.

d) Coercion is the use of an unreasonable amount of pressure to gain sexual access. Coercion is more than an effort to persuade, entice, or attract another person to have sex. When a person makes clear a decision not to participate in a particular form of sexual activity, a decision to stop, or a decision not to go beyond a certain sexual interaction, continued pressure can be coercive. In evaluating whether coercion was used, the University will consider: (i) the frequency of the application of the pressure, (ii) the intensity of the pressure, (iii) the degree of isolation of the person being pressured, and (iv) the duration of the pressure.

Consent cannot be gained by taking advantage of the incapacitation of another, where the person initiating sexual activity knew or reasonably should have known that the other was incapacitated.

**Incapacitation** means that a person lacks the ability to make informed, rational judgments about whether or not to engage in sexual activity. A person who is incapacitated is unable, temporarily or permanently, to give Consent because of mental or physical helplessness, sleep, unconsciousness, or lack of awareness that sexual activity is taking place. A person may be incapacitated as a result of the consumption of alcohol or other drugs, or due to a temporary or permanent physical or mental health condition.

The University offers the following guidance on Consent and assessing incapacitation:

A person who wants to engage in a specific sexual activity is responsible for obtaining Consent for that activity. Lack of protest does not constitute Consent. Lack of resistance does not constitute Consent. Silence and/or passivity also do not constitute Consent. Relying solely on non-verbal communication before or during sexual activity can lead to misunderstanding and may result in a violation of the Regulation.

It is important not to make assumptions about whether a potential partner is consenting. In order to avoid confusion or ambiguity, participants are encouraged to discuss with one another before engaging in sexual activity. If confusion or ambiguity arises during sexual activity, participants are encouraged to stop and clarify a mutual willingness to continue sexual activity.

Consent to one form of sexual activity does not, by itself, constitute Consent to another form of sexual activity. For example, one should not presume that Consent to oral-genital contact constitutes Consent to vaginal or anal penetration. Consent to sexual activity on a prior occasion does not, by itself, constitute Consent to future sexual activity. In cases of prior relationships, the manner and nature of prior communications between the parties and the context of the relationship may have a bearing on the presence of Consent.

Consent may be withdrawn at any time. An individual who seeks to withdraw Consent must communicate, through clear words or actions, a decision to cease the sexual activity. Once Consent is withdrawn, the sexual activity must cease immediately.

In evaluating Consent in cases of alleged incapacitation, the University asks two questions: (1) *Did the person initiating sexual activity know that the other party was incapacitated? and if not*, (2) *Should a sober, reasonable person in the same situation have known that the other party was incapacitated?* If the answer to either of these questions is "YES," Consent was absent and the conduct is a violation of the Regulation.

Incapacitation is a state beyond drunkenness or intoxication. A person is not necessarily incapacitated merely as a result of drinking or using drugs. The impact of alcohol and other drugs varies from person to person.

One is not expected to be a medical expert in assessing incapacitation. One must look for the common and obvious warning signs that show that a person may be incapacitated or approaching incapacitation. Although every individual may manifest signs of incapacitation differently, typical signs include slurred or incomprehensible speech, unsteady gait, combativeness, emotional volatility, vomiting, or incontinence. A person who is incapacitated may not be able to understand some or all of the following questions: "Do you know where you are?" "Do you know how you got here?" "Do you know what is happening?" "Do you know whom you are with?"

One should be cautious before engaging in Sexual Contact or Sexual Intercourse when either party has been drinking alcohol or using other drugs. The introduction of alcohol or other drugs creates ambiguity for either party as to whether Consent has been sought or given. If one has doubt about either party's level of intoxication, the safe thing to do is to forego all sexual activity.

**<u>Being impaired by alcohol or other drugs is no defense to any violation of the Regulation.</u>**

B. <u>SEXUAL EXPLOITATION</u>

Occurs when an individual takes non-consensual or abusive sexual advantage of another for his/her own advantage or benefit, or to benefit or advantage anyone other than the one being exploited, and that behavior does not otherwise constitute one of the other Prohibited Conduct offenses in the Regulation.

Examples of sexual exploitation include but are not limited to any of the following:

- Causing the incapacitation of another person (through alcohol, drugs, or any other means) for the purpose of compromising that person's ability to give

Consent to sexual activity;

- Allowing third parties to observe private sexual activity from a hidden location (e.g., closet) or through electronic means (e.g., Skype or livestreaming of images);
- Engaging in voyeurism (e.g., watching private sexual activity without the consent of the participants or viewing another person's intimate parts (including but not limited to genitalia, groin, breasts or buttocks) in a place where that person would have a reasonable expectation of privacy);
- Recording or photographing private sexual activity and/or a person's intimate parts (including but not limited to genitalia, groin, breasts or buttocks) without consent;
- Disseminating or posting images of private sexual activity and/or a person's intimate parts (including but not limited to genitalia, groin, breasts or buttocks) without consent;
- Prostituting another person; or
- Knowingly exposing another person to a sexually transmitted infection or virus without the other's consent.

## C. DATING AND DOMESTIC VIOLENCE

**Dating Violence:** is violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim. The existence of such a relationship shall be determined based on the reporting party's statement and with consideration of the length of the relationship, the type of relationship, and the frequency of interaction between the persons involved in the relationship. For the purposes of this definition, dating violence includes, but is not limited to, sexual or physical abuse of the threat of such abuse. Dating violence does not include acts covered under the definition of domestic violence. Any incident meeting this definition is considered a crime for the purposes of Clery Act reporting.

Under North Carolina law, a dating relationship is one wherein the parties are romantically involved over time and on a continuous basis during the course of the relationship. A casual acquaintance or ordinary fraternization between persons in a business or social context is not a dating relationship.

**Domestic Violence:** is a felony or misdemeanor crime of violence committed: (A) by a current or former spouse or intimate partner of the victim; (B) by a person with whom the victim shares a child in common; (C) by a person who is cohabitating with, or has cohabitated with, the victim as a spouse or intimate partner; (D) by a person similarly situated to a spouse of the victim under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred; (E) by any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred.

As defined by North Carolina General Statutes section 50B-1, domestic violence means the commission of one or more of the following acts upon an aggrieved party or upon a minor

child residing with or in the custody of the aggrieved party by a person as listed above. It does not include acts of self-defense. Such acts include but are not limited to:

- Physical violence or attempted physical violence;
- Making one fear, or one's household members fear serious bodily injury or continued harassment;
- Stalking an individual or family member that rises to such a level as to inflict substantial emotional distress; or
- Committing any act defined as a rape or other sex offenses in North Carolina General Statute sections 14-27.2 through 14-27.7.

For the purpose of seeking a protective order under section 50B-1 of the N.C. General Statutes and its definition of domestic violence, the term "personal relationship" means a relationship wherein the parties involved: (A) Are current or former spouses; (B) Are persons of opposite sex who live together or have lived together; (C) Are related as parents and children, including others acting in loco parentis to a minor child, or as grandparents and grandchildren. (Note: an aggrieved party may not obtain an order of protection against a child or grandchild under the age of 16) (D) Have a child in common; (E) Are current or former household members; (F) Are persons of the opposite sex who are in a dating relationship or have been in a dating relationship.

Persons in same sex domestic relationships are protected from violent behavior under other statutes, and the University will investigate and address allegations of domestic violence by individuals who have cohabitated as spouses or intimate partners.

D. <u>STALKING</u>

Stalking occurs when a person engages in a course of conduct directed at a specific person under circumstances that would cause a reasonable person to fear bodily injury or to experience substantial emotional distress.

Course of conduct means two or more acts, including but not limited to acts in which a person directly, indirectly, or through third parties, by any action, method, device, or means, follows, monitors, observes, surveils, threatens, or communicates to or about another person, or interferes with another person's property. Substantial emotional distress means significant mental suffering or anguish.

Stalking includes "cyber-stalking," a particular form of stalking in which a person uses electronic media, such as the internet, social networks, blogs, cell phones, texts, or other similar devices or forms of contact.

E. <u>SEXUAL OR GENDER-BASED HARASSMENT</u>

**Sexual Harassment** is any unwelcome sexual conduct, request for sexual favors, or other unwanted conduct of a sexual nature, whether verbal, non-verbal, graphic, physical, or otherwise, when the conditions outlined in (1) and/or (2), below, are present.

**Gender-Based Harassment** includes harassment based on gender, sexual orientation, gender identity, or gender expression, which may include acts of aggression, intimidation, or hostility, whether verbal or non-verbal, graphic, physical, or otherwise, even if the acts do not involve conduct of a sexual nature, when the conditions outlined in (1) and/or (2), below, are present.

(1) Submission to or rejection of such conduct is made, either explicitly or implicitly, a term or condition of a person's employment, academic standing, or participation in any University programs and/or activities or is used as the basis for University decisions affecting the individual (often referred to as "*quid pro quo*" harassment); or

(2) Such conduct creates a hostile environment. A "hostile environment" exists when the conduct is sufficiently severe, persistent, or pervasive that it unreasonably interferes with, limits, or deprives an individual from participating in or benefitting from the University's education or employment programs and/or activities. Conduct must be deemed severe, persistent, or pervasive from both a subjective and an objective perspective. In evaluating whether a hostile environment exists, the University will consider the totality of known circumstances, including, but not limited to:

- The frequency, nature and severity of the conduct;
- Whether the conduct was physically threatening;
- The effect of the conduct on the Complainant's mental or emotional state;
- Whether the conduct was directed at more than one person;
- Whether the conduct arose in the context of other discriminatory conduct;
- Whether the conduct unreasonably interfered with the Complainant's educational or work performance and/or University programs or activities; and
- Whether the conduct implicates concerns related to academic freedom or protected speech.

A hostile environment can be created by persistent or pervasive conduct or by a single or isolated incident, if sufficiently severe. The more severe the conduct, the less need there is to show a repetitive series of incidents to prove a hostile environment, particularly if

the conduct is physical. A single incident of Sexual Assault, for example, may be sufficiently severe to constitute a hostile environment. In contrast, the perceived offensiveness of a single verbal or written expression, standing alone, is typically not sufficient to constitute a hostile environment.

## F. RETALIATION

Retaliation means any act of interference, restraint, penalty, discrimination, coercion, reprisal, intimidation, threats, or harassment against an individual for using applicable policies responsibly (including making a charge of discrimination protected by the Regulation; testifying, assisting, or participating in a hearing, proceeding, review process or investigation of discrimination; opposing an illegal act; requesting a reasonable disability or religious accommodation; or exercising any other right protected by the Regulation).

## G. COMPLICITY

Complicity is any act taken with the purpose of aiding, facilitating, promoting or encouraging the commission of an act of Prohibited Conduct by another person.

# East Carolina University
**Tomorrow starts here.**

# TITLE IX

## GUIDE TO RESOURCES ON CAMPUS AND BEYOND

**ecu.edu/titleIX**

### Campus Living
252-328-4663
www.ecu.edu/campusliving
Jones Hall, Suite 100
Monday–Friday: 8:00 a.m.–5:00 p.m.
*For assistance during the times listed below, please find the RA Duty phone number listed in your residence hall:*
*Monday–Friday; 5:00 p.m.–8:00 a.m.*
*Weekends; 24 hours/seven days a week*

### Academic Advising Collaborative
252-328-6001
www.ecu.edu/advising
Old Cafeteria Complex, Suite 2500
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource\*\**
*The Academic Advising Collaborative guides, serves, and supports students by partnering with academic departments and support services, to promote diverse educational experiences, and to foster professional success and responsible citizenship.*

### Dean of Students Office (DOS)
252-328-9297
www.ecu.edu/dos
362 Wright Building
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource*
*The DOS provides a critical support structure for enriching the overall student experience. The office serves as an advocate for students and as a centralized resource for connecting students with appropriate university and community programs, offices, and individuals. The office supports students in resolving academic, personal, or social issues and concerns; assistance in adjusting to university life; and support in the event of a personal, medical, or family emergency.*

### Disability Support Services
252-737-1016
www.ecu.edu/accessibility
Slay Building, Room 138
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource*
*The Department for Disability Support Services provides individuals with disabilities support services that will enable them to access programs, services, facilities, and activities of the university and to enhance disability awareness among students, staff, and faculty.*

### ECU CARES
252-737-5555
www.ecu.edu/ecucares
Telephone and Online Report: 24 hours/seven days a week
*Private Resource*
*ECU Cares assists faculty, staff, and students in reporting individuals or circumstances on campus that may be of concern.*

### ECU Employee Assistance Program (EAP)
252-737-1415
*Confidential Resource\**
*The EAP provides mental-health services and support in conjunction with standard employee benefits through the State Health Plan. More information about the EAP can be obtained by contacting the ECU Department of Human Resources.*

### Office for Equity and Diversity (OED)
252-328-6804
www.ecu.edu/oed
Old Cafeteria Building, Suite G-406
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource*
*The OED serves the entire university as a resource for education pertaining to equity, diversity, inclusion, harassment, discrimination, and affirmative action.*

### Department of Human Resources–Employee Relations
252-328-9847
www.ecu.edu/cs-admin/HumanResources/
Employee_Relations.cfm
Human Resources Building
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource*
*Our Employee Relations personnel are committed to serving the university community in a timely and professional manner. An employee relations specialist is available Monday through Friday from 8:00 a.m. through 5:00 p.m. to speak with you confidentially about any individual, organizational, or grievance issue involving work conditions that may be of concern.*

### Immigration Services
252-737-4769
www.ecu.edu/cs-acad/intlaffairs/
immigrationinformation.cfm
215 Spilman Building
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Immigration Services is housed in the Academic Affairs division and works to disseminate information to faculty, staff, and departments as it relates to immigration issues.*

### Office of International Affairs
252-737-4378
www.ecu.edu/intlaffairs
International House: 306 E. Ninth Street
Monday–Friday: 8:00 a.m.–5:00 p.m.
*International Affairs is housed in the Student Affairs division and provides support for any issues or assistance with J-1 Exchange Visitors.*

### LGBT Resource Office
252-737-2514
www.ecu.edu/lgbt
B-103 Brewster Building
Monday–Friday: 9:00 a.m.–5:00 p.m.
*Private Resource*
*The LGBT Resource Office provides support, referrals, and a sense of community for students, faculty, staff, and alumni of all sexual orientations, gender identities, and gender expressions.*

### ECU Police Department
Emergency: 9-1-1
252-328-6787
www.ecu.edu/police
Blount House: 609 E. Tenth Street
24 hours/seven days a week
*Private Resource*

### Student Health Services
252-328-6841
www.ecu.edu/studenthealth
Student Health Center
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Confidential Resource\**
*Student Health is a primary health-care facility located on Main Campus, made up of dedicated professionals providing easily accessible and affordable health care to enrolled students. Our facility specializes in the overall health and well-being of each patient in our campus community by offering a comprehensive list of services. A SANE (Sexual Assault Nurse Examiner) is available through the services provided here.*

### Student Legal Services
Jeff Blick, JD
252-757-3300
www.ecu.edu/cs-studentaffairs/sls
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Confidential Resource*
*ECU Student Legal Services is an advisory service and is not affiliated with the University Counsel's office. It does not provide advice concerning university-related matters against the university or against another student.*

### Office of Student Rights and Responsibilities (OSRR)
252-328-6824
www.ecu.edu/osrr
364 Wright Building
Monday–Friday: 8:00 a.m.–5:00 p.m.
*Private Resource*
*OSRR administers the East Carolina University Student Code of Conduct, which governs students' on- and off-campus conduct.*

### Student Veteran Services
252-737-6542
www.ecu.edu/veterans
Monday–Friday: 8:00 a.m.–5:00 p.m.
*The ECU Student Veteran Services is an office at the university that serves our student veterans, service members, and their families. Individuals can access information and resources to assist student veterans through their college experience.*

### ECU Transit SafeRide
252-328-7433
www.ecu.edu/transit/saferide.cfm
Sunday–Saturday; 6:30 p.m.–2:00 a.m.

### Victim Advocate
252-737-1466
www.ecu.edu/victimservices
Center for Counseling and Student Development
137 Umstead Hall
24 hours/seven days a week
*Confidential Resource*
*The Victim Advocate provides assistance to victims/survivors or witnesses of a crime or other traumatic event.*

*Confidential Resources*
Sliding scale fees based on ability to pay for those listed below.

### Center for Counseling and Student Development (CCSD)
252-328-6661
www.ecu.edu/counselingcenter
137 Umstead Hall
Main Office: Monday–Friday; 8:00 a.m.–5:00 p.m.
Crisis: Monday–Friday; 11:00 a.m.–4:00 p.m.
*Confidential Resource\**
*The CCSD provides free individual and group counseling as well as emergency services to enrolled students.*

### Family Therapy Clinic
252-737-1415
www.ecu.edu/cs-hhp/hdfs/ftc.cfm
612 E. Tenth Street
Monday–Friday, 9:00 a.m.–5:00 p.m.

### NAVIGATE Clinic
252-744-6300
www.ecu.edu/cs-dhs/rehb/navigate.cfm
4410 Health Sciences Building
Monday, Wednesday, Friday; 9:00 a.m.–1:00 p.m.

### PASS Clinic
252-737-4180
www.ecu.edu/cs-cas/psyc/ecupass
311 Rawl Building
Monday and Friday; 10:00 a.m.–5:00 p.m.
Tuesday–Thursday; 10:00 a.m.–7:00 p.m.

Campus Wellness ..................................................252-328-5171
Career Services.....................................................252-328-6050
Cashier's Office....................................................252-328-6131
Financial Aid........................................................252-328-6610
Faculty Senate Office ...........................................252-328-6537
ITCS ....................................................................252-328-9866
Registrar's Office..................................................252-328-6524

# TITLE IX

## GUIDE TO RESOURCES ON CAMPUS AND BEYOND

This list of resources and contact information is only intended to be a guide. These are not recommendations for services that you must use. Please use your own judgment to determine if the resources would be appropriate or beneficial to you and your current needs.

For more information, please visit ecu.edu/titleIX.

**ECU CARES**

### ECU TITLE IX OFFICERS

**Title IX Coordinator**
Ms. LaKesha Alston Forbes
*Associate Provost for Equity and Diversity*
252-328-6804
www.ecu.edu/oed
Office for Equity and Diversity
Old Cafeteria Building, Suite G-406
Monday–Friday; 8:00 a.m.–5:00 p.m.

*The Title IX Coordinator is responsible for Title IX compliance efforts and responsibilities, including investigations into allegations of discrimination prohibited by Title IX. The Office for Equity and Diversity investigates sexual misconduct complaints against university employees or visitors.*

**Senior Deputy Title IX Coordinator**
Ms. Malorie Porter, JD
*Title IX Compliance Officer*
252-328-1406
Office for Equity and Diversity
Old Cafeteria Building, Suite G-406
Monday–Friday; 8:00 a.m.–5:00 p.m.

**Title IX Investigator**
Ms. Kristan Tucker, JD
252-328-9297
Office of Student Rights and Responsibilities
360 Wright Building
Monday–Friday; 8:00 a.m.–5:00 p.m.

---

## LOCAL RESOURCES

**District Attorneys' Office**
252-695-7200
www.ncdistrictattorney.org/03A/03A.html
Pitt County Courthouse: 100 West Third Street
Greenville, NC
Monday–Friday; 8:30 a.m.–5:00 p.m.
*Private Resource**

**East Carolina Behavioral Health**
1-877-685-2415 (Crisis and Access to Care)
1-866-998-2597
www.ecbhlme.org
1708 E. Arlington Boulevard
Greenville, NC
*Confidential Resource*

**Center for Family Violence Prevention**
252-752-3811 (24-hour Crisis Line)
252-758-4400
1-800-537-2238
www.c4fvp.org
150 E. Arlington Boulevard, Suite D
Greenville, NC
*Confidential Resource*

**Greenville Police Department**
9-1-1 (Emergency)
252-329-4315
www.greenvillenc.gov/government/police
500 S. Greene Street
Greenville, NC
*Private Resource*

**Pitt County Sheriff's Office**
252-902-2800
www.pittcountync.gov/depts/sheriff
Pitt County Courthouse: 100 West Third Street
Greenville, NC
Monday–Friday; 8:00 a.m.–5:00 p.m.
*Private Resource*

**Real Crisis Intervention Services**
252-758-4357
www.realcrisis.org
1011 Anderson Street
Greenville, NC
24 hours/seven days a week
*Confidential Resource*

*Real Crisis Intervention Services is a non-profit agency that offers free counseling and an extensive referral service.*

**Vidant Medical Center (Hospital)**
252-847-4100
1-800-788-4473 (Emergency Room)
www.vidanthealth.com/medicalcenter
2100 Stantonsburg Road
Greenville, NC
*Confidential Resource*

## COMMUNITY HEALTH RESOURCES

*Confidential Psychiatry/Counseling Resources*

**Bedford Therapy**
252-353-6277
3485 Evans Street, Suite A
Greenville, NC
*Eating disorder specialty*

**CareNet East**
252-355-2801
www.careneteast.org
108 Oakmont Drive
Greenville, NC

**Carolina Centre**
252-757-0123
www.carolinacentre.com
702 Johns Hopkins Drive
Greenville, NC

**Carolina Psychiatry**
252-752-0300
1970 W. Arlington Boulevard, Suite A
Greenville, NC

**East Coast Counseling**
252-752-8602
www.eastccinc.com
620 Lynndale Court, Suite C
Greenville, NC

**Eastern Psychiatric and Behavior Specialists**
252-756-4899
925 Conference Drive
Greenville, NC

**ECU Psychiatry**
252-744-1406
www.ecu.edu/cs-dhs/ecuphysicians/
patient-care/psychiatric.cfm
905 Johns Hopkins Drive
Greenville, NC

**Greenville Counselors**
252-756-3433
www.greenvillecounselors.com
620 Lynndale Court, Suite A
Greenville, NC

**Greenville Psychiatric Associates**
252-758-4810
502 Red Banks Road, Suite A
Greenville, NC

**Integrated Family Services**
252-439-0700
www.integratedfamilyservices.net
2269 Stantonsburg Road
Greenville, NC

**Medical Park Psychiatric Associates**
252-758-6080
707 W. H. Smith Boulevard
Greenville, NC

## REGIONAL AND NATIONAL RESOURCES

**Help for Victims, Department of Justice**
www.ncdoj.gov/Help-for-Victims.aspx
*When bad things happen, the Attorney General's office offers help to victims in North Carolina. The Address Confidentiality program helps victims keep their address safe from abusers. The program gives anonymity to survivors of domestic violence, sexual assault, and stalking. Seniors in nursing homes and their loved ones can report suspected elder abuse or fraud at any facilities that get Medicaid funds. Under North Carolina law, crime victims are supposed to be the first in line for payment when criminals pay restitution to the court. If a criminal who harmed you owes you restitution, our office of Victims and Citizens Services may be able to help. Victims of consumer rip-offs can get assistance from the Attorney General's consumer specialists. The specialists know the law and know how to help. The same goes for identity theft victims who want to get their good names and their financial security back. Victims of crime can learn more about the criminal appeals process and the Crime Victims' Bill of Rights.*

**National Sexual Violence Resource Center (NSVRC)**
1-877-739-3895
www.nsvrc.org
*The NSVRC's Mission is to provide leadership in preventing and responding to sexual violence through collaboration, sharing and creating resources, and promoting research.*

**NC Address Confidentiality Program**
919-719-6785
www.ncdoj.gov/getdoc/772ff33a-b9eb-4c98-aca6-
c50c6d1ad07b/2-5-4-1-Address-Confidentiality-
Program.aspx
*The Address Confidentiality Program helps protect survivors of domestic violence, sexual assault, stalking, and human trafficking by keeping abusers from discovering their new address.*

**NC Victim Assistance Network**
1-800-348-5068
www.nc-van.org
*The NC Victim Assistance Network is a statewide nonprofit organization that provides information, support, and advocacy to victims of all types of crimes.*

**Rape, Abuse, and Incest National Network (RAINN)**
1-800-656-HOPE (1-800-656-4673)
www.rainn.org
*RAINN is the nation's largest anti-sexual violence organization, operating the National Sexual Assault Hotline in partnership with more than 1,100 local sexual assault service providers across the country and the DoD Safe Helpline for the Department of Defense. RAINN also carries out programs to prevent sexual violence, help victims, and ensure that rapists are brought to justice.*

**Statewide Automated Victim Assistance and Notification (NC SAVAN)**
1-877-NC-SAVAN (1-877-627-2826)
www.ncsavan.org
*Confidential Resource*
*NC SAVAN is a criminal justice information-sharing system that supports automated victim notification. NC SAVAN operates a 24-hour toll-free automated offender information and notification service.*

**Victims Compensation Assistance**
1-800-826-6200
919-733-7974
www.ncdps.gov/victimservices
*Private Resource*
*Victims Compensation Services reimburses citizens who suffer medical expenses and lost wages as a result of being an innocent victim of a crime committed in North Carolina.*

---

*\*Confidential Resource refers to individuals who may not share information without your expressed consent unless there is imminent danger to yourself or others, or as required by law.*
*\*\*Private Resource refers to individuals who share information on a need-to-know basis or as required by law. The information may be shared only with individuals involved in a case.*

*East Carolina University is committed to the equality of educational opportunity and does not discriminate against applicants, students, or employees based on race, color, national origin, religion, gender, age, creed, sexual orientation, or disability. An equal opportunity/affirmative action university, which accommodates the needs of individuals with disabilities.*