# East Carolina University

Office of Student Rights
and Responsibilities
364 Wright Building
East Carolina University
Greenville, NC 27858-4353

252-328-6824 office
252-328-4828 fax

May 22, 2016

John Doe

Sent electronically to John Doe

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number:

Dear John Doe,

I am emailing you to set up an appointment in preparation for your hearing regarding an alleged Student Code of Conduct and/or Academic Integrity violation, incident number [ ]. It is important that you contact me at your earliest convenience in order to set up a meeting so that we can prepare for your case.

My office hours are Monday, Wednesday, Friday 9am-2pm.

In this first meeting we will discuss what the hearing process will consist of, the information you wish to present at the hearing, who will be your hearing support person or advocate and the names and contact information of any witnesses.

East Carolina University seeks to comply fully with the Americans with Disabilities Act (ADA). Student requesting accommodations based on a disability must be registered with the Department for Disability Support. Individuals requesting an accommodation under the Americans with Disabilities Act (ADA) should contact OSRR at least 48 hours prior to the scheduled meeting at osrr@ecu.edu or at (252) 328-6824.

Should you need to contact your Student Advisor you may do so by visiting

Sincerely,

CC: Mandy Messerli- Associate Director, Student Rights and Responsibilities

**East Carolina University**
Office of Student Rights & Responsibilities
364 Wright Building
Greenville, NC  27858
(252) 328-6824 Office
(252) 328 -4828 Fax

Please review the following rights and responsibilities outlined in the East Carolina University Student Code of Conduct. This information is outlined in Section 4: Respondent and Complainant Rights and Responsibilities. The full ECU Student Code of Conduct can be found at: http://www.ecu.edu/PRR/11/30/01.

4.    Respondent and Complainant Rights and Responsibilities
4.1.   Respondent Rights and Responsibilities: A student whose conduct is under review is a Respondent and has the following rights and responsibilities. The Respondent might forfeit any of these rights if, after being given appropriate notice and opportunity to exercise these rights, s/he fails to do so. An organization whose conduct is under review is entitled to the rights listed below and its president will be required to identify a representative as a Respondent.

4.1.1.   Respondent Rights:
4.1.1.1.    The right to an objective and impartial evaluation of the complaint.
4.1.1.2.    The right to be present during the meeting with a conduct administrator or during the Conduct Board hearing.
4.1.1.3.    The right to reasonable access to all information gathered throughout the evaluation pertinent to the alleged violation.
4.1.1.4.    The right to present information relevant to the alleged violation, including inviting witnesses.
4.1.1.5.    The right to respond to information presented against her/him.
4.1.1.6.    The right to a separate meeting with a conduct administrator or Conduct Board hearing in cases involving multiple Respondents.
4.1.1.7.    The right not to provide information with the understanding that the University will make a determination without the Respondent's information.
4.1.1.8.    The right, after receiving written notice of the outcome, to review of the decision, including to appeal as described in section 5.5.
4.1.1.9.    The right to be represented, at the student's expense, by a licensed attorney or non-attorney advocate who may participate in accordance with UNC Policy Manual 700.4.1[R].  A Respondent represented by an attorney or non-attorney advocate is expected to attend all scheduled meetings and hearings.
4.1.1.10.    The right to be informed of pertinent University-based support services.

4.1.2.    Respondent Responsibilities:
4.1.2.1.    The responsibility to be honest and direct in communicating with individuals involved in the conduct process.
4.1.2.2.    The responsibility to review pertinent conduct process policies and procedures and to seek clarification if necessary.
4.1.2.3.    The responsibility to respond in a timely manner to University requests for information, to promptly schedule meetings when requested, and to arrive on time for scheduled meetings.
4.1.2.4.    The responsibility to provide the decision-maker with pertinent information that the Respondent would like considered in the review of the alleged violation.
4.1.2.5.    The responsibility to participate in the conduct process in a manner that is civil and respectful.

☐    I have read and understand my Respondent Rights and Responsibilities

_____         _____
Signature                                                                          Date

Revised March 2016; January 2015

# Directions to Leadership Team Offices



1.) The ECU Student Conduct Board Leadership Team has an office located within Mendenhall Student Center (MSC). This building is located in the center of campus and is right next to the Student Rec Center.



2.) Upon entering MSC the Leadership Team Office is located within the hallway adjacent to the Student Government Association. (Walk towards the office door 100 that is highlighted with a red arrow in the picture then make a left to go through the door leading to the elevator).



3.) Once inside the hallway, the Leadership Team Office is located next to the MSC elevator (offices 123 and 124).