UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| EAST CAROLINA UNIVERSITY, CECIL STANTON, JR., individually and as agent for East Carolina University, VIRGINIA HARDY, individually and as agent for East Carolina University, TAMIKA WORDLOW, individually and as agent for East Carolina University, CAITLIN BUTLER, individually and as agent for East Carolina University, LYNN ROEDER, individually and as agent for East Carolina University, HEIDI BONNER, individually and as agent for East Carolina University, KATHLEEN FLANAGEN, individually and as agent for East Carolina University, CHRISTINA RAGONE, PATRICK SKIPPER, individually and as agent for East Carolina University, BRET WILSON, individually and as agent for East Carolina University, MANDY MESSERLI, individually and as agent for East Carolina University, JOHN BELLFLOWER, JR., individually and as agent for East Carolina University, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:18-CV-137-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter is before the Court on a variety of motions. Plaintiff has moved to proceed anonymously and to obtain leave to file a protective order. [DE 6]. Defendants moved for a preservation order preventing the expunction of plaintiff's state criminal records [DE 34], but as plaintiff has already obtained an expunction, defendants now move to supplement that motion and obtain alternative relief [DE 54]. Defendants have also moved to dismiss plaintiff's complaint. [DE 44]. Both parties have moved to seal various documents. [DE 36, 37, 40, 42, 53].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to proceed anonymously and file a protective order [DE 6] is GRANTED IN PART and DENIED IN PART, defendants' motion to dismiss [DE 44] is GRANTED, defendants' motion for a

preservation order is DENIED, and the motions to seal [DE 36, 37, 40, 42, 53] are GRANTED. Defendants' motion to amend their motion for a preservation order [DE 43] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on February 5, 2019, and served on:**
Andrew Miltenberg (via CM/ECF NEF)
Kara Gorycki (via CM/ECF NEF)
Matthew Sullivan (via CM/ECF NEF)
Dan Hartzog (via CM/ECF NEF)
Dan McCord Hartzog, Jr. (via CM/ECF NEF)
Katherine Barber-Jones (via CM/ECF NEF)


PETER A, MOORE, JR., CLERK

February 5, 2019

 /s/Lindsay Stouch
By: Deputy Clerk